UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS INC., | |
| Plaintiff(s), | No. C10-4880 BZ |
| v. | |
| FRANK GHIORSO, THERMALGUARD TECHNOLOGY LLC, THERMALGUARD LLC, | **ORDER DENYING APPLICATION FOR TRO** |
| Defendant(s). | |

On November 2, 2010, plaintiff filed suit and applied for a temporary restraining order an order to show cause regarding a preliminary injunction. The Court suggested several times for hearing the TRO application but none have been accepted by the plaintiff. It therefore appearing that there is no imminent or irreparable harm that would warrant a temporary restraining order, **IT IS ORDERED** that the application is **DENIED**. Plaintiff may notice a motion for a preliminary injunction on the Court's regular calendar, or apply for a special setting, if there is good cause for one.

**IT IS FURTHER ORDERED** that defendants shall consent to,

1

1  or decline, magistrate judge jurisdiction within **ten days**
2  after being served with summons, complaint, the moving papers
3  and this Order.  The form to consent to or decline magistrate
4  judge jurisdiction may be found on the court's website at:
5  http://www.cand.uscourts.gov
6  Dated: November 12, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\ORDER DENYING APPLICATION FOR TRO.wpd