1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jennifer S. Coleman, Bar No. 213210
   jcoleman@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA 95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:  (408) 286-9800
8  Facsimile:   (408) 998-4790

9  Attorneys for Defendants
   FRANK GHIORSO; THERMALGUARD
10 TECHNOLOGY, LLC; AND THERMALGUARD,
   LLC
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15 | ATS PRODUCTS, INC.,                | CASE NO. CV10-04880 BZ
16 |         Plaintiff,                 | [PROPOSED] ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF
17 | v.                                 | TIME TO FILE RESPONSIVE PLEADING
18 | FRANK GHIORSO; THERMALGUARD
   | TECHNOLOGY, LLC;
19 | THERMALGUARD, LLC,
20 |         Defendants.

21

22     Having reviewed and considered the papers, and for good cause shown, Defendants Frank

23 Ghiorso, Thermalguard Technology, LLC, and Thermalguard, LLC shall have until

24 **December 29, 2010** to file a responsive pleading to ATS Products, Inc.'s Complaint for

25 Injunction and Damages filed on October 28, 2010.

26     **IT IS SO ORDERED.**

27 Dated: 2 Dec /0

                                            Honorable Bernard Zimmerman
28                                          United States District Court Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\792953.1
[PROPOSED] ORDER GRANTING EX PARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING CV10-04880 BZ