UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS INC., <br><br> Plaintiff(s), <br><br> v. <br><br> FRANK GHIORSO, THERMALGUARD TECHNOLOGY LLC, THERMALGUARD LLC, <br><br> Defendant(s). | No. C10-4880 BZ <br><br> **ORDER SETTING HEARING ON PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

**IT IS HEREBY ORDERED** that a hearing on plaintiff's renewed Application for a Temporary Restraining Order is scheduled for **Monday, December 6, 2010 at 2:30 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Any opposition papers shall be filed by **10:00 a.m. on December 6, 2010.**

Dated: December 2, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\ORD SETTING HRG ON TRO.wpd

1