# UNITED STATES DISTRICT COURT

# DISTRICT OF NORTHERN CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC,<br><br>            Defendants. | Case No. CV10-04880 BZ<br><br>[PROPOSED] ORDERS FOLLOWING DECEMBER 6, 2010 HEARING OF PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER |

On December 6, 2010, at 2:30 p.m., plaintiff's renewed Application for Temporary Restraining Order came on for hearing before the Honorable Bernard Zimmierman, United States Magistrate Judge. Marc L. Shea, Esq., appeared on behalf of plaintiff ATS Products, Inc. Doug Williams, plaintiff's vice-president, was present in the court. John V. Picone III, Esq., and Jennifer S. Coleman, Esq., appeared on behalf of Defendants Frank Ghiorso; Thermalguard Technology, LLC; and Thermalguard, LLC.

The Court has reviewed the papers submitted by the parties, has considered the arguments of counsel, and has discussed the matter with counsel. Good Cause appearing, the Court rules as follows:

**A.**   **Temporary Restraining Order**:   Defendants Defendants Frank Ghiorso; Thermalguard Technology, LLC; and Thermalguard, LLC, and each of them, and each of their

POPELKA LAW GROUP, P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

1

[PROPOSED] ORDERS FOLLOWING DECEMBER 16, 2010 HEARING ON PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER

1  agents, servants and employees, and all persons acting under, in concert with, or for them are
2  ordered:
3      (1) to refrain from using in any way Plaintiff's Trade Secrets (including without
4  limitation the Shea Resins Trade Secrets, the Shea Double Wall Trade Secrets, and the Shea Best
5  Methods Trade Secrets, as those terms are defined in the Declaration of Jeff Shea submitted in
6  support of plaintiff's motion, docket number 4-3); and
7      (2) to refrain from disclosing to any third person Plaintiff's Trade Secrets (including
8  without limitation the Sheas Resin Trade Secrets, the Shea Double Wall Trade Secrets, and the
9  Shea Best Methods Trade Secrets, as those terms are defined in the Declaration of Jeff Shea
10  submitted in support of plaintiff's motion, docket number 4-3).
11  Those orders (collectively the "Temporary Restraining Order") shall remain in effect until
12  the Case Management Conference, discussed below, at which time the Temporary Restraining
13  Order may be extended or vacated, or further order of this Court.
14      **B.**   **Jurisdiction.** Defendants have reserved their rights to argue this court does not
15  have jurisdiction. Subject to defendants' jurisdiction argument, the following matters are
16  ordered.
17      **C.**   **Trial.** This matter is set for a five day jury trial on July 11, 2011 at 8:45 a.m. in
18  Courtroom G, 15th Floor of 450 Golden Gate Avenue, Federal Building, San Francisco,
19  California, 94102.
20      **D.**   **Case Management Conference.** This case is scheduled for a Case Management
21  Conference on January 10, 2011 at 4:00 p.m.
22      **E.**   **Initial Disclosures.** The parties shall exchange their initial disclosures before
23  January 10, 2011.
24      **F.**   **ADR.** The parties shall engage in mediation before a United States Magistrate
25  Judge to be assigned and on a date to be determined.
26      **IT IS SO ORDERED.**
27  Dated: December ___, 2010
28                                      THE HONORABLE BERNARD ZIMMERMAN,
                                    UNITED STATES MAGISTRATE JUDGE

POPELKA LAW GROUP, P.C.
2166 The Alameda
San Jose, CA 95126
(408) 298-6611 Telephone
(408) 275-0814 Facsimile

2
[PROPOSED] ORDERS FOLLOWING DECEMBER 16, 2010 HEARING ON PLAINTIFF'S APPLICATION
FOR A TEMPORARY RESTRAINING ORDER

1  READ AND APPROVED AS TO FORM:

2  HOPKINS & CARLEY

3

4  By: John V. Picone III, attorney for Defendants

5

6  POPELKA LAW GROUP, P.C.

7

8  By: Marc L. Shea, attorney for Plaintiffs

9

10  Y:\n\ATS v Ghiorso\Pldg\XPA TRO Prelim Injunction\proposed orders following 120610 hearing of plaintiff's application for TRO.wpd

POPELKA LAW GROUP, P.C.
2166 The Alameda
San Jose, CA 95126
(408) 298-6611 Telephone
(408) 275-0814 Facsimile

[PROPOSED] ORDERS FOLLOWING DECEMBER 16, 2010 HEARING ON PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER

3