1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jennifer S. Coleman, Bar No. 213210
   jcoleman@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 S First Street
5  San Jose, CA 95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:  (408) 286-9800
8  Facsimile:  (408) 998-4790

9  Attorneys for Defendants
   FRANK GHIORSO; THERMALGUARD
10 TECHNOLOGY, LLC; THERMALGUARD, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ATS PRODUCTS, INC., | CASE NO. CV10-04880 |
|---|---|
| Plaintiff, | [~~PROPOSED~~ ORDER] GRANTING FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC'S REQUEST FOR COURT CALL APPEARANCE FOR CASE MANAGEMENT CONFERENCE |
| v. | |
| FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC, | |
| Defendants. | Date:  January 10, 2011<br>Time:  4:00 p.m.<br>Dept.  Courtroom G, 15th Floor<br>Judge:  Hon. Bernard Zimmerman |
| AND RELATED COUNTERCLAIM | |

Defendants Frank Ghiorso, Thermalguard Technology, LLC and Thermalguard, LLC respectfully request this Court for an order in support of their Request for Court Call Appearance for the Case Management Conference scheduled for **January 10, 2011** at 4:00 p.m.

1  The Court having read and considered the above, makes the following Order:

2  IT IS HEREBY ORDERED that Frank Ghiorso, Thermalguard Technology, LLC and
3  Thermalguard, LLC's Request for Court Call Appearance is GRANTED.

6  Date: 4 Jan '11

7  JUDGE OF THE U.S. DISTRICT COURT