1   MARC L. SHEA, ESQ., State Bar No. 087712
    POPELKA LAW GROUP, A P.C.
2   2166 The Alameda
    San Jose, CA 95126-1144
3   [408] 298-6611
    [408] 275-0814 Facsimile
4
    Attorneys for Plaintiff
5   ATS PRODUCTS, INC.

6

7                  UNITED STATES DISTRICT COURT

8         DISTRICT OF NORTHERN CALIFORNIA – SAN FRANCISCO DIVISION

9
    ATS PRODUCTS, INC.,                    ]   Case No. CV10-04880 BZ
10                                         ]
                   Plaintiff,              ]   ATS PRODUCTS, INC.'S REQUEST
11                                         ]   FOR COURT CALL APPEARANCE
         v.                                ]   FOR CASE MANAGEMENT
12                                         ]   CONFERENCE; AND [PROPOSED]
    FRANK GHIORSO; THERMALGUARD            ]   ORDER GRANTING REQUEST
13  TECHNOLOGY, LLC; THERMALGUARD,         ]
    LLC,                                   ]
14                                         ]
                   Defendants.             ]
15  _____ ]

16
         Plaintiff ATS Products, Inc. respectfully requests permission to attend telephonically the
17
    Case Management Conference scheduled **January 10, 2011** at 4:00 p.m.
18
    Dated: January *5*, 2010              POPELKA LAW GROUP, P.C.
19

20
                                         By: Marc L. Shea, Attorney for Plaintiffs
21
                      [PROPOSED] ORDER GRANTING REQUEST
22
         The Court having read and considered the above, makes the following Order:
23
         **IT IS HEREBY ORDERED** that ATS Products, Inc.'s Request for Court Call
24
    Appearance is GRANTED.
25

26  Dated: January *5*, 2011
                                         HON. BERNARD ZIMMERMAN, MAGISTRATE
27                                       JUDGE OF THE US DISTRICT COURT

28  Y:\a\ATS v Ghiorso\Pldg\Plaintiff's Proposed Order granting ATS's request for court call.wpd

ATS PRODUCTS, INC.'S REQUEST FOR COURT CALL APPEARANCE FOR CASE MANAGEMENT
CONFERENCE; AND [PROPOSED] ORDER GRANTING REQUEST
CV10-04880 BZ