1   John V. Picone III, Bar No. 187226
    jpicone@hopkinscarley.com
2   Jennifer S. Coleman, Bar No. 213210
    jcoleman@hopkinscarley.com
3   HOPKINS & CARLEY
    A Law Corporation
4   The Letitia Building
    70 S First Street
5   San Jose, CA  95113-2406

6   *mailing address:*
    P.O. Box 1469
7   San Jose, CA 95109-1469
    Telephone:     (408) 286-9800
8   Facsimile:      (408) 998-4790

9   Attorneys for Defendants
    FRANK GHIORSO; THERMALGUARD
10  TECHNOLOGY, LLC; THERMALGUARD, LLC

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15  ATS PRODUCTS, INC.,                        CASE NO.  CV10-04880

16              Plaintiff,                     [PROPOSED] ORDER GRANTING
                                               DEFENDANTS THERMALGUARD
17  v.                                         TECHNOLOGY, LLC; THERMALGUARD,
                                               LLC AND DEFENDANT AND COUNTER-
18  FRANK GHIORSO; THERMALGUARD                CLAIMANT FRANK GHIORSO'S
    TECHNOLOGY, LLC;                           EX PARTE APPLICATION FOR AN
19  THERMALGUARD, LLC,                         ORDER REQUESTING TO APPEAR
                                               TELEPHONICALLY AT STATUS
20              Defendants.                    CONFERENCE

21

22  AND RELATED COUNTERCLAIM

23

24

25       Based on Defendants Thermalguard Technology, LLC, Thermalguard, LLC and

26  Defendant and Counter-Claimant Frank Ghiorso's request, IT IS HEREBY ORDERED that the

27

28
    626\813410.1
    [PROPOSED] ORDER GRANTING DEFENDANTS THERMALGUARD TECHNOLOGY, LLC;
    THERMALGUARD, LLC AND DEFENDANT AND COUNTER-CLAIMANT FRANK GHIORSO'S EX PARTE
    APPLICATION FOR AN ORDER REQUESTING TO APPEAR TELEPHONICALLY AT STATUS
    CONFERENCE                                  CV10-04880 BZ

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

1  Ex Parte Application for an Order Requesting to Appear Telephonically at the Status Conference,

2  IS GRANTED.

4      It is so ORDERED.

5  DATED: 2/2/2011

                                                                                          /s/ Bernard Zimmerman  
Hon. Bernard Zimmerman  
United States Magistrate Judge

Submitted by:

**Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.**

HOPKINS & CARLEY  
A Law Corporation

By: /s/ Jennifer S. Coleman  
    John V. Picone, III  
    Jennifer S. Coleman  
    Attorneys for Defendants  
    FRANK GHIORSO, THERMALGUARD TECHNOLOGY, LLC AND THERMALGUARD, LLC

626\813410.1            - 2 -  
[PROPOSED] ORDER GRANTING DEFENDANTS THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC AND DEFENDANT AND COUNTER-CLAIMANT FRANK GHIORSO'S EX PARTE APPLICATION FOR AN ORDER REQUESTING TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE         CV10-04880 BZ

HOPKINS & CARLEY  
ATTORNEYS AT LAW  
SAN JOSE