SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

UNITED STATES DISTRICT COURT

DISTRICT OF NORTHERN CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC,<br><br>　　　　Defendants.<br><br>―――――――――――――――――――<br>FRANK GHIORSO,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>ATS PRODUCTS, INC.; LAWRENCE E. SHEA, individually and in his capacity as Trustee of the 1992 SHEA FAMILY TRUST; and SHEA TECHNOLOGY, LLC,<br><br>　　　　Counter-Defendants. | Case No. 3:10-CV-4880-BZ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME RE HEARING OF MOTION FOR ISSUANCE OF LETTERS ROGATORY TO TAIWAN<br><br>Date:<br>Time:<br>Dept:　Courtroom G, 15th Floor<br>Judge:　Hon. Bernard Zimmerman |

　　　Plaintiff's motion to shorten time to hear a motion for issuance of letters rogatory to Taiwan has come before the Honorable Bernard Zimmerman, United States Magistrate Judge.

　　　The Court has reviewed the papers submitted by the parties. Good Cause appearing, the Court rules as follows:

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME RE HEARING OF MOTION FOR ISSUANCE OF LETTERS ROGATORY TO TAIWAN

1      A. **Hearing Date**: ~~On April ____, 2011 at _____~~ , this Court will hear

2  plaintiff's motion for issuance of letters rogatory to Taiwan only if it deems a hearing necessary.

3      B. **Papers**: Plaintiff shall file electronically with the court, no latter than April _6_ ,

4  2011, its motion for issuance of letters rogatory to Taiwan and supporting papers. Defendants

5  shall file electronically with the court an opposition, if any, no later than April _13_ , 2011.

6  Any reply due April 18, 2011.

7  **IT IS SO ORDERED.**

8  Dated: April _4_ , 2011

9                                                    THE HONORABLE BERNARD ZIMMERMAN,
UNITED STATES MAGISTRATE JUDGE

Y:\a\ATS v Ghiorso\Pldg\MTN LETTERS ROG\Mtn Shortening Time RE Taiwan\proposed order.wpd

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME RE HEARING OF MOTION FOR ISSUANCE OF LETTERS ROGATORY TO TAIWAN