SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

# UNITED STATES DISTRICT COURT

## DISTRICT OF NORTHERN CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC, <br><br> Defendants. | Case No. 3:10-CV-4880-BZ <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME RE HEARING OF MOTION FOR LEAVE TO AMEND COMPLAINT <br><br> Date: <br> Time: <br> Dept: Courtroom G, 15th Floor <br> Judge: Hon. Bernard Zimmerman |
| FRANK GHIORSO, <br><br> Counter-Claimant, <br><br> v. <br><br> ATS PRODUCTS, INC.; LAWRENCE E. SHEA, individually and in his capacity as Trustee of the 1992 SHEA FAMILY TRUST; and SHEA TECHNOLOGY, LLC, <br><br> Counter-Defendants. | |

Plaintiff's motion to shortening time to hear plaintiff's motion for leave to file and serve an amended compliant has come before the Honorable Bernard Zimmerman, United States Magistrate Judge.

The Court has reviewed the papers submitted by the parties. Good Cause appearing, the

1

[PROPOSED] ORDERS GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME RE MOTION REQUESTING LEAVE FILE AND SERVE ITS FIRST AMENDED COMPLAINT

Court rules as follows:

  A. **Hearing Date**: ~~On April ___, 2011 at _____~~, this Court will hear plaintiff's motion for leave to file and serve its first amended compliant only if it deems a hearing necessary.

  B. **Papers**: Plaintiff shall file electronically with the court, no latter than April _6_, 2011, its motion requesting leave to file and serve its first amended compliant and supporting papers. Defendants shall file electronically with the court an opposition, if any, no later than April _13_, 2011. Plaintiff shall file electronically with the court a reply, if any, no later than April _18_, 2011.

**IT IS SO ORDERED.**

Dated: April _4_, 2011

*/s/ Bernard Zimmerman*
THE HONORABLE BERNARD ZIMMERMAN,
UNITED STATES MAGISTRATE JUDGE

Y:\a\ATS v Ghiorso\Pldg\Mtn to Amend complaint\Mtn Shortening Time\proposed order.wpd

---

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

2
[PROPOSED] ORDERS GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME RE MOTION REQUESTING LEAVE FILE AND SERVE ITS FIRST AMENDED COMPLAINT