1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NORTHERN CALIFORNIA – SAN FRANCISCO DIVISION**

11
12
13
14
15
16
17

ATS PRODUCTS, INC.,

      Plaintiff,

    v.

FRANK GHIORSO; THERMALGUARD
TECHNOLOGY, LLC; THERMALGUARD,
LLC,

      Defendants.

]
]
]
]
]
]
]
]
]

Case No. 3:10-CV-4880-BZ

[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION TO
SHORTEN TIME RE HEARING OF
MOTION FOR ISSUANCE OF
LETTERS ROGATORY TO KOREA

**Date:**
**Time:**
**Dept:**  Courtroom G, 15th Floor
**Judge:**  Hon. Bernard Zimmerman

18
19
20
21
22
23
24

FRANK GHIORSO,

      Counter-Claimant,

    v.

ATS PRODUCTS, INC.; LAWRENCE E. SHEA,
individually and in his capacity as Trustee of the
1992 SHEA FAMILY TRUST; and SHEA
TECHNOLOGY, LLC,

      Counter-Defendants.

25
26
27
28

     Plaintiff's motion to shorten time for the hearing of plaintiff's motion for issuance of

letters rogatory to the Republic of Korea has come before the Honorable Bernard Zimmerman,

United States Magistrate Judge.

     The Court has reviewed the papers submitted by the parties. Good Cause appearing, the

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

1
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME RE HEARING OF MOTION
FOR ISSUANCE OF LETTERS ROGATORY TO KOREA

1   Court rules as follows:

2       **A.**   **Hearing Date**: ~~On April _____, 2011 at _____~~, this Court will hear

3   plaintiff's motion for issuance of letters rogatory to Republic of Korea. , only if it deems a hearing necessary.

4       **B.**   **Papers**: Plaintiff shall file electronically with the court, no latter than April _ 6 _ ,

5   2011, its motion for issuance of letters rogatory to Korea and supporting papers.  Defendants

6   shall file electronically with the court an opposition, if any, no later than April _ 13 _ , 2011.

7

8       **IT IS SO ORDERED.**

9

10   Dated: April _ 5 _ , 2011

          THE HONORABLE BERNARD ZIMMERMAN,
          UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15   Y:\a\ATS v Ghiorso\Pldg\MTN LETTERS ROG\Mtn Shortening Time RE Korea\proposed order.wpd

16

17

18

19

20

21

22

23

24

25

26

27

28

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

2