1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jennifer S. Coleman, Bar No. 213210
   jcoleman@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 S First Street
5  San Jose, CA 95113-2406

6  Attorneys for Defendant and Counter-Claimant
   FRANK GHIORSO and Defendants
7  THERMALGUARD TECHNOLOGY, LLC;
   THERMALGUARD, LLC
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   ATS PRODUCTS, INC.,                    CASE NO. CV10-04880
12
                    Plaintiff,
13
         v.
14
   FRANK GHIORSO; THERMALGUARD
15 TECHNOLOGY, LLC;
   THERMALGUARD, LLC,
16
                    Defendants.
17

18 AND RELATED COUNTER-CLAIMS.

19
                ORDER MODIFYING ORDER SCHEDULING
20              JURY TRIAL AND PRETRIAL MATTERS

21     Upon due consideration of the Stipulation to Modify Order Scheduling Jury Trial and

22 Pretrial Matters filed April 6, 2011, IT IS SO ORDERED that the Order Scheduling Jury Trial

23 and Pretrial Matters filed January 12, 2011 (Docket No. 32), is modified as follows:

24     1.  DATES

25     Last Day for Expert Discovery – May 25, 2011

26     Last Day for Rebuttal Expert Disclosure – May 18, 2011

27     Last Day for Expert Disclosure – May 13, 2011

28     Close of Non-expert Discovery – May 9, 2011

HOPKINS & CARLEY
ATTORNEYS AT LAW      626\837481.1
SAN JOSE
                 ORDER MODIFYING ORDER SCHEDULING JURY TRIAL AND PRETRIAL MATTERS

1    All other deadlines, provisions and previous agreements regarding discovery limitations

2    as set forth in the Scheduling Order remain in effect.

3    Pursuant to the Stipulation, IT IS SO ORDERED.

4

5    Dated: April __, 2011

     THE HONORABLE BERNARD ZIMMERMAN,
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28