UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ATS PRODUCTS INC.,            )
                              )
        Plaintiff(s),         )   No. C10-4880 BZ
                              )
    v.                        )
                              )   **DISCOVERY ORDER**
FRANK GHIORSO, THERMALGUARD   )
TECHNOLOGY LLC, THERMALGUARD  )
LLC,                          )
                              )
        Defendant(s).         )
_____)

Following a telephone conference to address the issues raised in the parties' letters, at which both sides were represented by counsel, **IT IS ORDERED** as follows:

    1.   Plaintiff's expert shall confer with defendant before the close of business on **April 8, 2011** about what information plaintiff needs that cannot be gleaned from an examination of the computer.

    2.   If the parties are unable to resolve their dispute, plaintiff has leave to file a motion to inspect the computer

///

///

1

1 | and copy the hard drive, keeping in mind the views expressed
2 | by the Court during the telephone conference.
3 | Dated: April 7, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\DISC ORD 1.wpd