1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jennifer S. Coleman, Bar No. 213210
   jcoleman@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 S First Street
5  San Jose, CA  95113-2406

6  **mailing address:**
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:    (408) 286-9800
8  Facsimile:    (408) 998-4790

9  Attorneys for Defendants
   FRANK GHIORSO; THERMALGUARD
10 TECHNOLOGY, LLC; THERMALGUARD, LLC

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  ATS PRODUCTS, INC., | CASE NO.  CV10-04880 |
| 16          Plaintiff, | **FRANK GHIORSO, THERMALGUARD TECHNOLOGY, LLC, THERMALGUARD, LLC'S REQUEST FOR COURT CALL APPEARANCE FOR STATUS CONFERENCE; AND [PROPOSED] ORDER GRANTING REQUEST** |
| 17  v. | |
| 18  FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; | |
| 19  THERMALGUARD, LLC, | |
| 20          Defendants. | Date:   April 25, 2011<br>Time:   4:00 p.m.<br>Dept.   Courtroom G, 15th Floor<br>Judge:  Hon. Bernard Zimmerman |
| 21 | |
| 22 | |
| 23  AND RELATED COUNTERCLAIM | |

24
25         Defendants Frank Ghiorso, Thermalguard Technology, LLC and Thermalguard, LLC
26  respectfully request this Court for an order in support of their Request for Court Call Appearance
27  for the Status Conference scheduled for **April 25, 2011** at 4:00 p.m.
28

Dated: April 18, 2011

HOPKINS & CARLEY
A Law Corporation

By: /s/ Jennifer S. Coleman
　　John V. Picone III
　　Jennifer S. Coleman
　　Attorneys for Defendants
　　FRANK GHIORSO; THERMALGUARD
　　TECHNOLOGY, LLC;
　　THERMALGUARD, LLC

## [PROPOSED] ORDER GRANTING REQUEST

The Court having read and considered the above, makes the following Order:

**IT IS HEREBY ORDERED** that Frank Ghiorso, Thermalguard Technology, LLC and Thermalguard, LLC's Request for Court Call Appearance is GRANTED.

Date: April 21, 2011

*[signature: Bernard Zimmerman]*

HON. BERNARD ZIMMERMAN, MAGISTRATE
JUDGE OF THE U.S. DISTRICT COURT

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

626\805838.1

- 2 -

[PROPOSED ORDER] REQUEST FOR COURT CALL

CV10-04880 BZ

John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Defendant and Counter-Claimant
FRANK GHIORSO, THERMALGUARD
TECHNOLOGY, LLC; THERMALGUARD, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC,<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | CASE NO.  CV10-04880 BZ<br><br>**PROOF OF SERVICE** |

　　　　I, Dina Horvath, declare:

　　　　I am a citizen of the United States and employed in Santa Clara County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is The Letitia Building, 70 South First Street, San Jose, California  95113-2406.  On April 18, 2011, I served a copy of the within documents:

/ / /

FRANK GHIORSO, THERMALGUARD TECHNOLOGY, LLC, THERMALGUARD, LLC'S REQUEST FOR COURT CALL APPEARANCE FOR STATUS CONFERENCE; AND [PROPOSED] ORDER GRANTING REQUEST

☒ by electronically mailing a true and correct copy through Hopkins & Carley's electronic mail system to the email addresses set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6(a)(6).

Marc L. Shea
mshea@sheamcintyre.com
John McIntyre
jmcintyre@sheamcintyre.com
Shea & McIntyre
2166 The Alameda
San Jose, CA 95126-1144

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 18, 2011, at San Jose, California.

*Dina Horvath*
Dina Horvath