MARC L. SHEA, ESQ., State Bar No. 087712
SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126-1144
[408] 298-6611
[408] 275-0814 Facsimile

Attorneys for Plaintiff
ATS PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NORTHERN CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC, <br><br> Defendants. | Case No. CV10-04880 BZ <br><br> ATS PRODUCTS, INC.'S REQUEST FOR COURT CALL APPEARANCE FOR STATUS CONFERENCE; AND [PROPOSED] ORDER GRANTING REQUEST |

Plaintiff ATS Products, Inc. respectfully requests permission to attend telephonically the Status Conference scheduled for **April 25, 2011** at 4:00 p.m.

Dated: April 18, 2011                SHEA & McINTYRE, P.C.

                                       By: Marc L. Shea, Attorney for Plaintiffs

### [PROPOSED] ORDER GRANTING REQUEST

The Court having read and considered the above, makes the following Order:

**IT IS HEREBY ORDERED** that ATS Products, Inc.'s Request for Court Call Appearance is GRANTED.

Dated: April 21, 2011

                                       HON. BERNARD ZIMMERMAN, MAGISTRATE JUDGE OF THE US DISTRICT COURT

Y:\a\ATS v Ghiorso\Pldg\Court Call Requests and Orders\Plaintiff's Proposed Order granting ATS's request for court call.41811.wpd

POPELKA LAW GROUP, P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

1
ATS PRODUCTS, INC.'S REQUEST FOR COURT CALL APPEARANCE FOR STATUS CONFERENCE; AND [PROPOSED] ORDER GRANTING REQUEST
CV10-04880 BZ

|   |   |
|---|---|
| Case Name: | **ATS v. Frank Ghiorso, Thermalguard Technology, LLC & Thermalguard LLC** |
| Court: | United States District Court, Northern District |
| Case No. | C10-4880 BZ |
| Our File No. | |

## PROOF OF SERVICE

STATE OF CALIFORNIA       ]
                                              ] ss.
COUNTY OF SANTA CLARA ]

I am a citizen of the United States and a resident of the County of Santa Clara, State of California; I am over the age of eighteen years and not a party to the within action; my business address is 2166 The Alameda, San Jose, CA 95126. On the date set forth below I served the document[s] described as:
**ATS PRODUCTS, INC.'S REQUEST FOR COURT CALL APPEARANCE FOR STATUS CONFERENCE AND [PROPOSED] ORDER GRANTING REQUEST AND PROOF OF SERVICE**
on the following person[s] in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

John V. Picone
Jennifer S. Coleman                             Attorneys for Frank Ghiorso,
Hopkins & Carley                                 Thermalguard Technology, LLC,
70 S. First Street                                   Thermalguard, LLC
San Jose, CA 95113
Fax: (408) 998-4790
E-mail: jpicone@hopkinscarley.com
         jcoleman@hopkinscarley.com

[ ]   [BY MAIL] I caused such envelope[s] with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

[ ]   [BY PERSONAL SERVICE] I caused such envelope[s], as indicated above, to be delivered by hand this date to the offices of the addressee[s].

[ ]   [BY FACSIMILE] I caused such document[s] to be transmitted by facsimile on this date to the offices of addressee[s] and the facsimile machine complies with Rule 2003(3) of the California Rules of Court and was reported as complete and without error at the time specified on the transmission confirmation report and was properly issued by the transmitting facsimile machine operating at [408] 275-0814.

[x]   [BY ELECTRONIC MAIL] I caused such document[s] to be transmitted by electronic mail on 11/30/10 , to the offices of addressee[s] without return error notification from electronic mail address adevine@sheamcintyre.com.

[ ]   [BY FEDERAL EXPRESS] I caused such envelope[s] with postage thereon fully prepaid to be placed for collection by Federal Express at San Jose, California.

[X]   [FEDERAL] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 18, 2011, at San Jose, California.

                                                                                        /s/ Anita Devine
                                                                                        Anita Devine

Y:\a\ATS v Ghiorso\Pldg\POS\POSReqCtCall.41811.wpd

POPELKA LAW GROUP, P.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

1