SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
(408) 298-6611 Telephone
(408) 275-0814 Facsimile

UNITED STATES DISTRICT COURT

DISTRICT OF NORTHERN CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC, <br><br> Defendants. | Case No. 3:10-CV-4880-BZ <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME <br><br> Date: <br> Time: <br> Dept:   Courtroom G, 15th Floor <br> Judge:  Hon. Bernard Zimmerman |
| FRANK GHIORSO, <br><br> Counter-Claimant, <br><br> v. <br><br> ATS PRODUCTS, INC.; LAWRENCE E. SHEA, individually and in his capacity as Trustee of the 1992 SHEA FAMILY TRUST; and SHEA TECHNOLOGY, LLC, <br><br> Counter-Defendants. | |

Plaintiff's motion shortening time to hear a discovery motion titled as a motion to image or otherwise copy a Toshiba computer, has come before the Honorable Bernard Zimmerman, United States Magistrate Judge.

The Court has reviewed the papers submitted by the parties. Good Cause appearing, the

1  Court rules as follows:
                                                This Court will schedule a hearing for
2       **A.    Hearing Date**: ~~On May ____, 2011 at _____, this Court will hear~~
3  plaintiff's motion to image or otherwise copy a Toshiba computer, if one is necessary.
4       **B.    Papers**: On April 26, 2011, Plaintiff's filed electronically with the court its
5  motion to image or otherwise copy a Toshiba computer. Defendants shall file electronically with
6  the court an opposition, if any, no later than _May_, _4_, 2011. Plaintiff shall file
7  electronically with the court a reply, if any, no later than _May_, _9_, 2011.
8       **IT IS SO ORDERED.**

Dated: April _27_, 2011

_____
THE HONORABLE BERNARD ZIMMERMAN,
UNITED STATES MAGISTRATE JUDGE

Y:\a\ATS v Ghiorso\Pldg\motion to image computer\Mtn Shortening Time\proposed order.wpd

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
(408) 298-6611 Telephone
(408) 275-0814 Facsimile

2
[PROPOSED] ORDERS GRANTING PLAINTIFF'S MOTION TO SHORTEN TIME