UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS INC., ) | |
| ) | |
| Plaintiff(s), ) | No. C10-4880 BZ |
| ) | |
| v. ) | |
| ) | **ORDER** |
| FRANK GHIORSO, THERMALGUARD ) TECHNOLOGY LLC, THERMALGUARD ) LLC, ) | |
| ) | |
| Defendant(s). ) | |

    Following the status conference, at which both parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

    1.  Plaintiff's motion for leave to file an amended complaint (Docket No. 62) is **GRANTED** for the reasons expressed at the status conference. Plaintiff's amended complaint shall be considered filed as of April 25, 2011. Defendant shall respond by **May 6, 2011.**

    2.  Plaintiff's motions for the issuance of letters rogatory to Taiwan and Korea (Docket Nos. 64 and 65) are **GRANTED**. If plaintiff still wishes the Court to sign these letters, it shall modify them to show that plaintiff rather

1

1  than the Court will be responsible for reimbursing costs.
2  Plaintiff shall also notify the Court about the procedure it
3  seeks the Court to follow in signing these letters.
4  Dated: April 27, 2011

                                    _____
                                         Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\ORDER RE PLAINTIFF'S MOTIONS (LETTERS ROGATORY AND AMENDED COMPLAINT).wpd