UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS INC., <br><br> Plaintiff(s), <br><br> v. <br><br> FRANK GHIORSO, THERMALGUARD TECHNOLOGY LLC, THERMALGUARD LLC, <br><br> Defendant(s). | No. C10-4880 BZ <br><br> **ORDER SCHEDULING DISCOVERY CONFERENCE** |

It is **ORDERED** that a telephone conference is scheduled for Monday, May 9, 2011 at 2 p.m. to discuss the discovery dispute outlined in document 95. Defendants shall file their two page response by noon on May 9, 2011. Counsel shall contact CourtCall at 1-888-882-6878 and arrange for the telephonic conference call.

Dated: 6 May 2011

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\Order setting TelCon.wpd

1