UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS INC., )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>FRANK GHIORSO, THERMALGUARD )<br>TECHNOLOGY LLC, THERMALGUARD)<br>LLC, )<br>)<br>Defendant(s). )<br>_____) | No. C10-4880 BZ<br><br>**SECOND DISCOVERY ORDER** |

Following a telephone conference to address the issues raised in the parties' letters (Docket Nos. 95 and 98), at which both parties were represented by counsel, **IT IS HEREBY ORDERED** as follows:

1. In accordance with the views expressed by the Court at the conference, plaintiff's request for a protective order will be treated as a motion to quash the non-party deposition subpoenas served by defendants.  With respect to the portions of the subpoenas that seek documents from the non-parties, plaintiff's motion to quash is **DENIED**.  It is **GRANTED** as to the portions of the subpoenas that seek deposition testimony.

1

1        2.   The Court encourages the parties to work together to
2   resolve any potential foundational issues, such as the
3   authentication of documents.
4   Dated: May 9, 2011

                               _____
                                     Bernard Zimmerman
                               United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\DISC ORD 2. FINAL VERSION.wpd

2