UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS INC.,<br><br>        Plaintiff(s),<br><br>  v.<br><br>FRANK GHIORSO, THERMALGUARD TECHNOLOGY LLC, THERMALGUARD LLC,<br><br>        Defendant(s). | No. C10-4880 BZ<br><br>**ORDER DENYING MOTION TO IMAGE COMPUTER** |

    Having reviewed Mr. Cowen's declaration, it appears that once plaintiff is provided with the metadata for the documents identified in paragraph 3 of Mr. Shea's April 11, 2011 letter, defendants will have complied with their discovery obligations in response to the requests contained in that letter. More specifically, the Court understands Mr. Cowen to testify that there are no deleted files which contain any of the information identified in paragraph 2 of page 1 of that letter and that Mr. Cowen has provided the access information requested in paragraph 3 of page 1.

    Under these circumstances, the Court sees no reason to

1

1   require that the computer be produced for forensic imaging by
2   plaintiff's expert.  Trial is two months away and the parties
3   need to focus their energies on trial preparation.  It is
4   therefore **ORDERED** that plaintiff's motion is **DENIED**, on
5   condition that defendants produce the metadata for the
6   documents identified in Mr. Shea's letter by **May 20, 2011.**
7   Dated: May 16, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\ORDER DENYING IMAGING ACCESS.wpd