John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

Attorneys for Defendant and Counter-Claimant
FRANK GHIORSO and Defendants
THERMALGUARD TECHNOLOGY, LLC;
THERMALGUARD, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC.,<br><br>               Plaintiff,<br><br>        v.<br><br>FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC,<br><br>               Defendants. | CASE NO.  CV10-04880 BZ<br><br>[~~PROPOSED~~] **ORDER STAYING LITIGATION PENDING FINAL SETTLEMENT** |
| AND RELATED COUNTER-CLAIMS. | |

1   Upon due consideration of the Stipulation Requesting Stay of Litigation Pending Final
2   Settlement, IT IS HEREBY ORDERED ~~that:~~
3   1.   The litigation is stayed for ~~120~~ 60 days pending documentation of a settlement
4   agreement.
5   2.   A status conference shall be held ~~within approximately 90 days of entry of the~~ July 11, 2011 at 1:30 p.m.
6   ~~order approving this stipulation~~ to advise the Court of the progress of the parties in documenting
7   a settlement agreement , unless a dismissal is filed earlier.
8   Pursuant to the Stipulation, IT IS SO ORDERED.

10   Dated: June 9, 2011

_____
THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

626\848280.1

ORDER STAYING LITIGATION PENDING FINAL SETTLEMENT        CV10-04880 BZ