1  John V. Picone III, Bar No. 187226
   jpicone@hopkinscarley.com
2  Jennifer S. Coleman, Bar No. 213210
   jcoleman@hopkinscarley.com
3  HOPKINS & CARLEY
   A Law Corporation
4  The Letitia Building
   70 South First Street
5  San Jose, CA  95113-2406

6  *mailing address:*
   P.O. Box 1469
7  San Jose, CA 95109-1469
   Telephone:   (408) 286-9800
8  Facsimile:    (408) 998-4790

9  Attorneys for Defendants
   FRANK GHIORSO; THERMALGUARD
10 TECHNOLOGY, LLC; THERMALGUARD, LLC

11                    UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13                    SAN FRANCISCO DIVISION

| 14 | ATS PRODUCTS, INC., | CASE NO.  CV 10 04880 BZ |
|---|---|---|
| 15 | Plaintiff, | **DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE; AND [PROPOSED] ORDER** |
| 16 | v. | |
| 17 | FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; | Date:   July 11, 2011 |
| 18 | THERMALGUARD, LLC, et al., | Time:   1:30 p.m. |
|    |  | Judge:  Hon. Brian Zimmerman |
| 19 | Defendants. | |
| 20 | AND RELATED COUNTER-CLAIM. | |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\857282.1
DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE;
AND [PROPOSED] ORDER                                                          CV 10 04880 BZ

1  Defendant and Counter-Claimant Frank Ghiorso, and Defendants Thermalguard
2  Technology, LLC and Thermalguard, LLC respectfully request permission to attend
3  telephonically the Status Conference scheduled for July 11, 2011 at 1:30 p.m.

4  Dated: July 6, 2011                                HOPKINS & CARLEY
                                                      A Law Corporation

                                                      By: /s/ John V. Picone III
                                                      John V. Picone III
                                                      Attorneys for Defendants
                                                      FRANK GHIORSO; THERMALGUARD
                                                      TECHNOLOGY, LLC;
                                                      THERMALGUARD, LLC

## [PROPOSED] ORDER GRANTING REQUEST

The Court having read and considered the above request, orders as follows:

IT IS HEREBY ORDERED that Defendant and Counter-Claimant Frank Ghiorso and Defendants Thermalguard Technology, LLC, Thermalguard, LLC's Request to Appear Telephonically at the Status Conference is GRANTED.

IT IS SO ORDERED.

Dated: July 7, 2011

Hon. Bernard Zimmerman
United States Magistrate Judge

---

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\857282.1

DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE;
AND [PROPOSED] ORDER                                                    CV 10 04880 BZ