MARC L. SHEA, ESQ., State Bar No. 087712
SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126-1144
[408] 298-6611
[408] 275-0814 Facsimile

Attorneys for Plaintiff
ATS PRODUCTS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NORTHERN CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC., | Case No. CV10-04880 BZ |
| Plaintiff, | ATS PRODUCTS, INC.'S REQUEST FOR COURT CALL APPEARANCE FOR STATUS CONFERENCE; AND [PROPOSED] ORDER GRANTING REQUEST |
| v. | |
| FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC, | |
| Defendants. | |

Plaintiff ATS Products, Inc. respectfully requests permission to attend telephonically the Status Conference scheduled for **July 11, 2011** at 1:30 p.m.

Dated: July 6, 2011                    SHEA & McINTYRE, P.C.

                                        By: Marc L. Shea, Attorney for Plaintiffs

### [PROPOSED] ORDER GRANTING REQUEST

The Court having read and considered the above, makes the following Order:

**IT IS HEREBY ORDERED** that ATS Products, Inc.'s Request for Court Call Appearance is GRANTED.

Dated: July 7, 2011

HON. BERNARD ZIMMERMAN, MAGISTRATE JUDGE OF THE US DISTRICT COURT

2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

1
ATS PRODUCTS, INC.'S REQUEST FOR COURT CALL APPEARANCE FOR STATUS CONFERENCE; AND [PROPOSED] ORDER GRANTING REQUEST
CV10-04880 BZ