UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS INC., )<br>)<br>    Plaintiff(s), )<br>)<br>v. )<br>)<br>FRANK GHIORSO, THERMALGUARD )<br>TECHNOLOGY LLC, THERMALGUARD)<br>LLC, )<br>)<br>    Defendant(s). )<br>_____) | No. C10-4880 BZ<br><br>**ORDER SETTING<br>STATUS CONFERENCE** |

    Following the status conference at which both sides were represented by counsel, **IT IS HEREBY ORDERED** that a further status conference is scheduled on **August 16, 2011 at 4:00 p.m.,** in **Courtroom C**, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. If the parties fail to reach a settlement, they should anticipate trial commencing on **November 7, 2011.**

Dated: July 11, 2011

                          Bernard Zimmerman
                       United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\ORDER SETTING STATUS CONFERNCE.wpd

1