John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:   (408) 998-4790

Attorneys for Defendants
FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC, et al., <br><br> Defendants. <br><br> AND RELATED COUNTER-CLAIM. | CASE NO. CV 10 04880 BZ <br><br> **DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE; AND [PROPOSED] ORDER** <br><br> Date:   August 16, 2011 <br> Time:   4:00 p.m. <br> Judge:  Hon. Brian Zimmerman |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\859836.1

DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE; AND [PROPOSED] ORDER

CV 10 04880 BZ

1  Defendant and Counter-Claimant Frank Ghiorso, and Defendants Thermalguard
2  Technology, LLC and Thermalguard, LLC respectfully request permission to attend
3  telephonically the Status Conference scheduled for August 16, 2011 at 1:30 p.m.

4  Dated: August 11, 2011                HOPKINS & CARLEY
                                          A Law Corporation

7                                         By: _/ s / John V. Picone III_____
                                             John V. Picone III
                                             Attorneys for Defendants
8                                            FRANK GHIORSO; THERMALGUARD
                                             TECHNOLOGY, LLC;
9                                            THERMALGUARD, LLC

11               [PROPOSED] ORDER GRANTING REQUEST
12  The Court having read and considered the above request, orders as follows:
13  IT IS HEREBY ORDERED that Defendant and Counter-Claimant Frank Ghiorso and
14  Defendants Thermalguard Technology, LLC, Thermalguard, LLC's Request to Appear
15  Telephonically at the Status Conference is GRANTED.
16  IT IS SO ORDERED.

18  Dated: August _15_, 2011         _/s/ Bernard Zimmerman_____
                                     Hon. Bernard Zimmerman
19                                   United States Magistrate Judge

---

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\859836.1

DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE;
AND [PROPOSED] ORDER                                      CV 10 04880 BZ

# PROOF OF SERVICE

I, Diana L. Hodges, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is The Letitia Building, 70 South First Street, San Jose, California 95113-2406. On August 11, 2011, I served a copy of the within document:

**DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT STATUS CONFERENCE; AND [PROPOSED] ORDER**

[x]  by electronically mailing a true and correct copy through Hopkins & Carley's electronic mail system to the email addresses set forth below, or as stated on the attached service list per agreement in accordance with Code of Civil Procedure section 1010.6(a)(6).

Marc Shea, Esq.
*mshea@sheamcintyre.com*
John McIntyre, Esq.
*jmcintyre@sheamcintyre.com*
Shea & McIntyre
2166 The Alameda
San Jose, CA  95126-1144

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 11, 2011, at San Jose, California.

_____
Diana L. Hodges

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

614\859836.1

PROOF OF SERVICE                                                                 CV 10 04880 BZ