MARC L. SHEA, ESQ. / State Bar No. 087712
SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126-1144
[408] 298-6611
[408] 275-0814 Facsimile

Attorneys for Plaintiff and all Counter-Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NORTHERN CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC,<br><br>    Defendants. | Case No. CV10-04880 BZ<br><br>**PLAINTIFF AND ALL COUNTER-DEFENDANTS' REQUEST FOR COURT CALL APPEARANCE FOR STATUS CONFERENCE; AND [PROPOSED] ORDER GRANTING REQUEST** |

Plaintiff ATS Products, Inc. and all Counter-Defendants respectfully requests permission to attend telephonically the Status Conference scheduled for **August 16, 2011** at 4:00 p.m.

Dated: August 12, 2011         SHEA & McINTYRE, P.C.

_____
By: Marc L. Shea, Attorney for Plaintiff

[PROPOSED] ORDER GRANTING REQUEST

The Court having read and considered the above, makes the following Order:

**IT IS HEREBY ORDERED** that Plaintiff ATS Products, Inc. and Counter-Defendants' Request for Court Call Appearance is GRANTED.

Dated: August 15, 2011         _____
HON. BERNARD ZIMMERMAN, MAGISTRATE JUDGE OF THE US DISTRICT COURT

Y:\a\ATS v Ghiorso\Pldg\Court Call Requests and Orders\Plaintiff's Proposed Order granting ATS's request for court call.081611.wpd