1
2
3
4
5
6
7
8                 UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11   ATS PRODUCTS INC.,            )
                                   )
12           Plaintiff(s),         )      No. C10-4880 BZ
                                   )
13       v.                        )
                                   )      **SECOND TRIAL**
14   FRANK GHIORSO, THERMALGUARD   )      **SCHEDULING ORDER**
     TECHNOLOGY LLC, THERMALGUARD  )
15   LLC,                          )
                                   )
16           Defendant(s).         )
                                   )
17   _____)

18       Following the status conference, **IT IS HEREBY ORDERED** as

19   follows:

20   1.   DATES

21   Trial Date: **Monday, 11/07/2011, 8:30 a.m., 5 days**

22   Pretrial Conference: **Monday, 9/26/2011, 4:00 p.m.**

23   2.   PRETRIAL CONFERENCE

24       By **September 5, 2011**, the parties shall meet and take all

25   steps necessary to fulfill the requirements of this Order.

26       By **September 12, 2011**, the parties shall: (1) serve and

27   file a joint pretrial statement, containing the information

28   listed in **Attachment 1**, and a proposed pretrial order; (2)

                                 1

1  serve and file trial briefs, Daubert motions, motions *in*
2  *limine*, and statements designating excerpts from discovery
3  that will be offered at trial (specifying the witness and page
4  and line references); (3) exchange exhibits, agree on and
5  number a joint set of exhibits and number separately those
6  exhibits to which the parties cannot agree; (4) deliver all
7  marked trial exhibits directly to the courtroom clerk; (5)
8  deliver one extra set of all marked exhibits directly to
9  Chambers; and (6) submit all exhibits in three-ring binders no
10  wider than three inches.  Each exhibit shall be marked with an
11  exhibit label as contained in **Attachment 2**.  The exhibits
12  shall also be separated with correctly marked side tabs so
13  that they are easy to find.

14  No party shall be permitted to call any witness or offer
15  any exhibit in its case in chief that is not disclosed at
16  pretrial, without leave of Court and for good cause.

17  Lead trial counsel for each party shall meet and confer
18  in an effort to resolve all disputes regarding anticipated
19  testimony, witnesses and exhibits.  All Daubert motions,
20  motions *in limine*, and objections will be heard at the
21  pretrial conference.  Oppositions to any motions shall be
22  filed and served by **September 19, 2011**.  There shall be no
23  replies.  By **September 19, 2011**, the parties shall serve and
24  file any objections to witnesses or exhibits or to the
25  qualifications of an expert witness.  Oppositions shall be
26  filed by **September 21, 2011**.  There shall be no replies.

27  By **September 12, 2011**, the parties shall serve and file
28  requested voir dire questions, jury instructions, and forms of

2

1   verdict.  The following jury instructions from the *Manual of*
2   *Model Civil Jury Instructions for the Ninth Circuit* (2007 ed.)
3   will be given absent objection: 1.1C, 1.2, 1.6-1.14, 1.18,
4   1.19, 2.11, 3.1-3.3.  Do not submit a copy of these
5   instructions.  Counsel shall submit a joint set of case
6   specific instructions.  Any instructions on which the parties
7   cannot agree may be submitted separately.  The Ninth Circuit
8   Manual should be used where possible.  Each requested
9   instruction shall be typed in full on a separate page with
10  citations to the authority upon which it is based.  Proposed
11  jury instructions taken from the Ninth Circuit Manual need
12  only contain a citation to that source.  Any modifications
13  made to proposed instructions taken from a manual of model
14  instructions must be clearly indicated.  In addition, all
15  proposed jury instructions should conform to the format of the
16  Example Jury Instruction attached to this Order.  By **September**
17  **19, 2011**, the parties shall serve and file any objections to
18  separately proposed jury instructions.

19      Jury instructions that the Court has given in prior cases
20  may be downloaded from the Northern District website at
21  **http:\\www.cand.uscourts.gov**.  (Instructions are located on
22  the "Judge Information" page for Magistrate Judge Zimmerman).
23  The Court will generally give the same instructions in cases
24  involving similar claims unless a party establishes, with
25  supporting authorities, that the instruction is no longer
26  correct or that a different instruction should be given.  CACI
27  instructions generally will be given instead of BAJI
28  instructions.

3

1    A copy of all pretrial submissions, except for exhibits,

2    shall be e-mailed in WordPerfect or Word format to the

3    following address: bzpo@cand.uscourts.gov

4    At the time of filing the original with the Clerk's

5    Office, two copies of all documents (but only one copy of the

6    exhibits) shall be delivered directly to Chambers (Room 15-

7    6688).  Chambers' copies of all pretrial documents shall be

8    three-hole punched at the side, suitable for insertion into

9    standard, three-ring binders no wider than three inches.

10   Dated: August 17, 2011

11

12                            Bernard Zimmerman
                            United States Magistrate Judge

13   G:\BZALL\-BZCASES\ATS V. GHIORSO\SECOND TRIAL SCHEDULING ORDER.wpd

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1  **EXAMPLE PROPOSED JURY INSTRUCTION**
   **For Chambers of Magistrate Judge Zimmerman**

2

3      A proposed jury instruction should contain the
   following elements in the following order: (1) the name of
   the party submitting the instruction; (2) the title of the

4  instruction; (3) the text of the instruction; (4) the
   authority for the instruction; (5) blank boxes for the Court

5  to note whether it gives the instruction, refuses to give
   it, or gives it as modified.  The following proposed

6  instruction contains these elements.

7

8                    _____'s Proposed Instruction No. _____.
                                      (Party)
9

10                                   [Title]

11

12

13

14  [Text]

15

16

17

18

19

20

21

22

23  [Authority]

24

25  _____ GIVEN        _____ REFUSED  _____ GIVEN AS MODIFIED

26

27

28

                                       5

1                              **ATTACHMENT 1**

2          The parties shall file a joint pretrial conference
    statement containing the following information:
3
             (1) **The Action.**
4
                 (A)  Substance of the Action. A
5                     brief description of the
                      substance of claims and
6                     defenses which remain to be
                      decided.
7
                 (B)  Relief Prayed. A detailed
8                     statement of each party's
                      position on the relief
9                     claimed, particularly
                      itemizing all elements of
10                    damages claimed as well as
                      witnesses, documents or other
11                    evidentiary material to be
                      presented concerning the
12                    amount of those damages.

13          (2) **The Factual Basis of the Action.**

14               (A)  Undisputed Facts. A plain and
                      concise statement of all
15                    relevant facts not reasonably
                      disputable, as well as which
16                    facts parties will stipulate
                      for incorporation into the
17                    trial record without the
                      necessity of supporting
18                    testimony or exhibits.

19               (B)  Disputed Factual Issues. A
                      plain and concise statement of
20                    all disputed factual issues
                      which remain to be decided.
21
                 (C)  Agreed Statement. A statement
22                    assessing whether all or part
                      of the action may be presented
23                    upon an agreed statement of
                      facts.
24
                 (D)  Stipulations. A statement of
25                    stipulations requested or
                      proposed for pretrial or trial
26                    purposes.

27          (3) **Trial Preparation.**

28          A brief description of the efforts the parties have

                                 6

1 | made to resolve disputes over anticipated testimony, exhibits and witnesses.

2

3 | (A) Witnesses to be Called. In lieu of FRCP 26(a)(3)(A), a list of all witnesses likely

4 | to be called at trial, other than solely for impeachment or

5 | rebuttal, together with a brief statement following each

6 | name describing the substance of the testimony to be given.

7

8 | (B) Estimate of Trial Time. An estimate of the number of court days needed for the

9 | presentation of each party's case, indicating possible

10 | reductions in time through proposed stipulations, agreed

11 | statements of facts, or expedited means of presenting

12 | testimony and exhibits.

13 | (C) Use of Discovery Responses. In lieu of FRCP 26(a)(3)(B), cite

14 | possible presentation at trial of evidence, other than solely

15 | for impeachment or rebuttal, through use of excerpts from

16 | depositions, from interrogatory answers, or from

17 | responses to requests for admission. Counsel shall

18 | state any objections to use of these materials and that

19 | counsel has conferred respecting such objections.

20

21 | (D) Further Discovery or Motions. A statement of all remaining motions, including Daubert

22 | motions.

23 | (4) **Trial Alternatives and Options.**

24 | (A) Settlement Discussion. A statement summarizing the

25 | status of settlement negotiations and indicating

26 | whether further negotiations are likely to be productive.

27

28 | 7

1
2
3

        (B)   Amendments, Dismissals. A
              statement of requested or
              proposed amendments to
              pleadings or dismissals of
              parties, claims or defenses.

4
5
6

        (C)   Bifurcation, Separate Trial of
              Issues. A statement of whether
              bifurcation or a separate
              trial of specific issues is
              feasible and desired.

7

    (5) **Miscellaneous.**

8
9

        Any other subjects relevant to the trial of the action,
or material to its just, speedy and inexpensive
determination.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

8

# ATTACHMENT 2

| | |
|---|---|
| **USDC**<br>Case No. CV10-4880 BZ<br>**JOINT** Exhibit No._____<br><br>Date Entered _____<br><br>Signature _____ | **USDC**<br>Case No. CV10-4880 BZ<br>**JOINT** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ |
| **USDC**<br>Case No. CV10-4880 BZ<br>**JOINT** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ | **USDC**<br>Case No. CV10-4880 BZ<br>**JOINT** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ |
| **USDC**<br>Case No. CV10-4880 BZ<br>**PLNTF** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ | **USDC**<br>Case No. CV10-4880 BZ<br>**PLNTF** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ |
| **USDC**<br>Case No. CV10-4880 BZ<br>**PLNTF** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ | **USDC**<br>Case No. CV10-4880 BZ<br>**PLNTF** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ |
| **USDC**<br>Case No. CV10-4880 BZ<br>**DEFT** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ | **USDC**<br>Case No. CV10-4880 BZ<br>**DEFT** Exhibit No. _____<br><br>Date Entered _____<br><br>Signature _____ |
| **USDC**<br>Case No. CV10-4880 BZ<br>**DEFT** Exhibit No. _____<br><br>Date Entered _____<br>Signature _____ | **USDC**<br>Case No. CV10-4880 BZ<br>**DEFT** Exhibit No. _____<br><br>Date Entered _____<br>Signature _____ |