1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   ATS PRODUCTS INC.,              )
                                     )
12            Plaintiff(s),          )      No. C10-4880 BZ
                                     )
13        v.                         )
                                     )      **SETTLEMENT REFERRAL**
14   FRANK GHIORSO, THERMALGUARD     )
     TECHNOLOGY LLC, THERMALGUARD)
15   LLC,                            )
                                     )
16            Defendant(s).          )
     _____)

17

18        This case is **ORDERED** re-referred to Judge Paul S. Grewal

19   to conduct further settlement proceedings.

20   Dated: September 12, 2011

21

22                           _____
                                      Bernard Zimmerman
23                             United States Magistrate Judge

24
     G:\BZALL\-BZCASES\ATS V. GHIORSO\ORDER RE.REFERRING TO SETT CONF.wpd
25

26

27

28

                                     1