UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS INC., <br><br>           Plaintiff(s), <br><br>      v. <br><br> FRANK GHIORSO, THERMALGUARD TECHNOLOGY LLC, THERMALGUARD LLC, <br><br>           Defendant(s). | No. C10-4880 BZ <br><br> **SETTLEMENT REFERRAL** |

   This case is **ORDERED** re-referred to Judge Paul S. Grewal to conduct further settlement proceedings.

Dated: September 12, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\ORDER RE.REFERRING TO SETT CONF.wpd

1