1 | John V. Picone III, Bar No. 187226
jpicone@hopkinscarley.com
2 | Jennifer S. Coleman, Bar No. 213210
jcoleman@hopkinscarley.com
3 | Jennifer E. Pawlowski, Bar No. 250606
jpawlowski@hopkinscarley.com
4 | HOPKINS & CARLEY
A Law Corporation
5 | The Letitia Building
70 South First Street
6 | San Jose, CA  95113-2406

7 | *mailing address:*
P.O. Box 1469
8 | San Jose, CA 95109-1469
Telephone:  (408) 286-9800
9 | Facsimile:   (408) 998-4790

10 | Attorneys for Defendants
FRANK GHIORSO; THERMALGUARD
TECHNOLOGY, LLC;
11 | THERMALGUARD, LLC and Counter-
Claimant, FRANK GHIORSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC., <br><br>Plaintiff, <br><br>v. <br><br>FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC, <br><br>Defendants. | CASE NO.  CV10-04880 BZ <br><br>[~~PROPOSED~~] **ORDER GRANTING MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO HEAR MOTION TO CONTINUE TRIAL** <br><br>Date:  September 26, 2011 <br>Time:  4:00 p.m. <br>Judge:  Hon. Bernard Zimmerman |
| FRANK GHIORSO <br><br>Counter-Claimant, <br><br>v. <br><br>ATS PRODUCTS, INC.; LAWRENCE E. SHEA, individually and in his capacity as Trustee of the 1992 SHEA FAMILY TRUST; SHEA TECHNOLOGY, LLC and | |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

646\872499.2
[PROPOSED] ORDER GRANTING MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO  WITHDRAW AS COUNSEL OF RECORD AND TO HEAR MOTION TO CONTINUE TRIAL
CASE NO.  CV10-04880 BZ

1 | HELEN SHEA,
2 |            Counter-Defendants.
3 |
4      Hopkins & Carley, a Law Corporation's ("Hopkins & Carley") Motion for Order Shortening Time for Hearing on its Motion to Withdraw as Counsel and for Order Shortening Time for Hearing on Defendant and Counter-Claimant Frank Ghiorso and Defendants Thermalguard Technology, LLC, and Thermalguard, LLC (collectively the "Defendants") Motion to Continue Trial (the "Motion") was submitted to the Court on September 9, 2011, along with Hopkins & Carley's Motion to Withdraw as Counsel of Record (the "Motion to Withdraw") and Defendants Motion to Continue Trial (the "Trial Motion").

     Having considered all of the evidence and argument submitted in support of the Motion ~~and the Oppositions thereto~~, and good cause appearing therefore,

     **IT IS HEREBY ORDERED** as follows:

     By September 19 2011, Plaintiff and Counter-Defendant ATS Products, Inc. and Counter-Defendants Lawrence E. Shea, in his individual capacity and in his capacity as Trustee of the 1992 Shea Family Trust and Shea Technology LLC (collectively the "Plaintiffs"), shall serve and file any opposition to the Motion to Withdraw.

     By September 21, 2011, Hopkins & Carley shall serve and file any reply to the Motion to Withdraw.

     The Motion to Withdraw will be heard on September 26, 2011 at 4:00 p.m., in Courtroom C, 15th Flr.

     By September 19, 2011, Plaintiffs shall serve and file any opposition to the Trial Motion.

     By September 21, 2011, Defendants shall serve and file any reply to the Trial Motion.

///

///

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

646\872499.2        - 2 -

[PROPOSED] ORDER GRANTING MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO HEAR MOTION TO CONTINUE TRIAL     CASE NO. CV10-04880 BZ

The Trial Motion will be heard on September 26, 2011 at 4:00 p.m.

Dated: September 15, 2011

_____
THE HONORABLE BERNARD ZIMMERMAN



IT IS SO ORDERED
*Bernard Zimmerman*
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hopkins & Carley
Attorneys At Law
San Jose

646\872499.2

- 3 -

[PROPOSED] ORDER GRANTING MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO HEAR MOTION TO CONTINUE TRIAL

CASE NO. CV10-04880 BZ