UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS INC., )<br>)<br>      Plaintiff(s), )<br>)<br>    v. )<br>)<br>FRANK GHIORSO, THERMALGUARD )<br>TECHNOLOGY LLC, THERMALGUARD)<br>LLC, )<br>)<br>      Defendant(s). )<br>_____)<br>FRANK GHIORSO, )<br>)<br>      Counter-Claimant, )<br>)<br>    v. )<br>)<br>ATS PRODUCTS, INC.; LAWRENCE)<br>E. SHEA, individually and in)<br>his capacity as Trustee of )<br>the 1992 SHEA FAMILY TRUST; )<br>SHEA TECHNOLOGY, LLC, and )<br>HELEN SHEA. )<br>)<br>)<br>_____) | No. C10-4880 BZ<br><br>**ORDER DIRECTING APPEARANCE OF DEFENDANT GHIORSO AT PRETRIAL CONFERENCE** |

    **IT IS HEREBY ORDERED** that defendant and counter-claimant Frank Ghiorso shall attend the pretrial conference scheduled for **September 26, 2011 at 4:00 p.m.**, in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

1

Francisco, California 94102 and be prepared to discuss his representation.  If defendants have already obtained new counsel, counsel shall appear at the pretrial conference.

Dated: September 20, 2011

                                                Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\ORD REQST APPEARANCE OF DEF GHIORSO AT PRETRIAL CONF.wpd