```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


ATS PRODUCTS INC.,              )
                                )
        Plaintiff(s),           )   No. C10-4880 BZ
                                )
    v.                          )
                                )   ORDER DIRECTING APPEARANCE
FRANK GHIORSO, THERMALGUARD     )   OF DEFENDANT GHIORSO AT
TECHNOLOGY LLC, THERMALGUARD    )   PRETRIAL CONFERENCE
LLC,                            )
                                )
        Defendant(s).           )
_____     )
FRANK GHIORSO,                  )
                                )
        Counter-Claimant,       )
                                )
    v.                          )
                                )
ATS PRODUCTS, INC.; LAWRENCE    )
E. SHEA, individually and in    )
his capacity as Trustee of      )
the 1992 SHEA FAMILY TRUST;     )
SHEA TECHNOLOGY, LLC, and       )
HELEN SHEA.                     )
                                )
                                )
_____     )
```

**IT IS HEREBY ORDERED** that defendant and counter-claimant Frank Ghiorso shall attend the pretrial conference scheduled for **September 26, 2011 at 4:00 p.m.**, in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San

1

1 | Francisco, California 94102 and be prepared to discuss his
2 | representation.  If defendants have already obtained new
3 | counsel, counsel shall appear at the pretrial conference.
4 | Dated: September 20, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\ORD REQST APPEARANCE OF DEF GHIORSO AT PRETRIAL CONF.wpd