1  MARC L. SHEA, ESQ., State Bar No. 087712
   SHEA & McINTYRE, A P.C.
2  2166 The Alameda
   San Jose, CA 95126-1144
3  [408] 298-6611
   [408] 275-0814 Facsimile
4
   Attorneys for Plaintiff
5  ATS PRODUCTS, INC. and
   all Counter-Defendants
6

7

8               UNITED STATES DISTRICT COURT

9       DISTRICT OF NORTHERN CALIFORNIA – SAN FRANCISCO DIVISION

10

11 ATS PRODUCTS, INC.,                         ]  Case No. CV10-04880 BZ
                                               ]
12         Plaintiff,                          ]  **[PROPOSED] ORDER GRANTING
                                               ]  PLAINTIFF AND COUNTER-
13     v.                                      ]  DEFENDANTS' EX PARTE
                                               ]  APPLICATION TO SEAL PORTIONS
14 FRANK GHIORSO; THERMALGUARD                 ]  OF DOCKET NUMBER 144**
   TECHNOLOGY, LLC; THERMALGUARD,              ]
15 LLC,                                        ]
                                               ]  Dept:  Courtroom G, 15th Floor
16         Defendants.                         ]  Judge: Hon. Bernard Zimmerman
                                               ]
17 ─────────────────────────────               ]
                                               ]
   FRANK GHIORSO,                              ]
18                                             ]
           Counter-Claimant,                   ]
19                                             ]
       v.                                      ]
20                                             ]
   ATS PRODUCTS, INC.; LAWRENCE E. SHEA,       ]
21 individually and in his capacity as Trustee of the ]
   1992 SHEA FAMILY TRUST; and SHEA           ]
22 TECHNOLOGY, LLC,                            ]
                                               ]
23         Counter-Defendants.                 ]
                                               ]
24 ─────────────────────────────

25     Based on Plaintiff and Counter-Defendants' Application to Seal, and good cause

26 appearing for the entry thereof, IT IS HEREBY ORDERED that the pages 5/35 through 28/35 of

27 the document filed on September 19, 2011 as docket number 144, titled "DEFENDANTS

28 FRANK GHIORSO, THERMALGUARD TECHNOLOGY, LLC, THERMALGUARD, LLC,

**SHEA & McINTYRE, A P.C.**
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

PROPOSED ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANTS' EX PARTE APPLICATION
TO SEAL PORTIONS OF DOCKET NUMBER 144
CASE NO. CV 10-04880 (BZ)
1

1  AND COUNTER-CLAIMANT FRANK GHIORSO'S PLAINTIFF'S PROPOSED GENERAL
2  VERDICT FORM AND PROPOSED SPECIAL VERDICT FORM FOR
3  MISAPPROPRIATION CAUSE OF ACTION" be filed under seal.
4  It is so ORDERED.

**DENIED**
*Bernard Zimmerman*
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____
Hon. Bernard Zimmerman
United States Magistrate Judge
Dated: 9/22/2011

**DENIED**. Inadequate showing of confidentiality and not narrowly tailored to information that might be properly redacted. See <u>Contratto v. Ethicaon, Inc.</u>, 304, 307-08 (N.D. Cal. 2005).

Y:\a\ATS v Ghiorso\Pldg\Appl to Seal Docket 144\Prop Order re Appl to seal defendants verdict form.wpd

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

PROPOSED ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANTS' EX PARTE APPLICATION
TO SEAL PORTIONS OF DOCKET NUMBER 144
CASE NO. CV 10-04880 (BZ)
2