MARC L. SHEA, ESQ., State Bar No. 087712
SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126-1144
[408] 298-6611
[408] 275-0814 Facsimile

Attorneys for Plaintiff
ATS PRODUCTS, INC. and
all Counter-Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NORTHERN CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC, <br><br> Defendants. <br><br>――――――――――――――― <br> FRANK GHIORSO, <br><br> Counter-Claimant, <br><br> v. <br><br> ATS PRODUCTS, INC.; LAWRENCE E. SHEA, individually and in his capacity as Trustee of the 1992 SHEA FAMILY TRUST; and SHEA TECHNOLOGY, LLC, <br><br> Counter-Defendants. | Case No. CV10-04880 BZ <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANTS' EX PARTE APPLICATION TO SEAL PORTIONS OF DOCKET NUMBER 144** <br><br> Dept: Courtroom G, 15th Floor <br> Judge: Hon. Bernard Zimmerman |

Based on Plaintiff and Counter-Defendants' Application to Seal, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the pages 5/35 through 28/35 of the document filed on September 19, 2011 as docket number 144, titled "DEFENDANTS FRANK GHIORSO, THERMALGUARD TECHNOLOGY, LLC, THERMALGUARD, LLC,

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

PROPOSED ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANTS' EX PARTE APPLICATION TO SEAL PORTIONS OF DOCKET NUMBER 144
CASE NO. CV 10-04880 (BZ)
1

1   AND COUNTER-CLAIMANT FRANK GHIORSO'S PLAINTIFF'S PROPOSED GENERAL

2   VERDICT FORM AND PROPOSED SPECIAL VERDICT FORM FOR

3   MISAPPROPRIATION CAUSE OF ACTION" be filed under seal.

4       It is so ORDERED.

[Stamp: DENIED / Bernard Zimmerman / Judge Bernard Zimmerman / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

_____
Hon. Bernard Zimmerman
United States Magistrate Judge
Dated: 9/22/2011

**DENIED**. Inadequate showing of confidentiality and not narrowly tailored to information that might be properly redacted. See Contratto v. Ethicaon, Inc., 304, 307-08 (N.D. Cal. 2005).

Y:\a\ATS v Ghiorso\Pldg\Appl to Seal Docket 144\Prop Order re Appl to seal defendants verdict form.wpd

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

PROPOSED ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANTS' EX PARTE APPLICATION
TO SEAL PORTIONS OF DOCKET NUMBER 144
CASE NO. CV 10-04880 (BZ)
2