UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS INC., ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> FRANK GHIORSO, THERMALGUARD ) <br> TECHNOLOGY LLC, THERMALGUARD ) <br> LLC, ) <br> ) <br> Defendant(s). ) <br> _____) <br> FRANK GHIORSO, ) <br> ) <br> Counter-Claimant, ) <br> ) <br> v. ) <br> ) <br> ATS PRODUCTS, INC.; LAWRENCE ) <br> E. SHEA, individually and in) <br> his capacity as Trustee of ) <br> the 1992 SHEA FAMILY TRUST; ) <br> SHEA TECHNOLOGY, LLC, and ) <br> HELEN SHEA. ) <br> ) <br> _____) | No. C10-4880 BZ <br><br> **FIRST PRETRIAL ORDER** |

The first pretrial conference in this case was held on September 26, 2011. Plaintiff was represented at the conference by Marc L. Shea, Esq. Defendants were represented by John V. Picone, Esq.

1

**1. MOTIONS**

**Motion No. 1 (to Exclude the Testimony of David L. Cowen at the Time of Trial):** Based on the limited showing made, I am not satisfied that Mr. Cowen is a proper rebuttal expert, and might not permit him to testify. I may reconsider this after I hear Plaintiff's testimony. If Defendants intend to try to have Mr. Cowen testify at trial, Defendants must make the laptop computer at issue available to Plaintiff for examination.

**Motion No. 2 (to Exclude the Testimony of Dr. Louis A. Pilato and Frank Ghiorso):** The parties are ordered to schedule depositions of the parties' disclosed experts as early as practicable. If any expert witness is not timely deposed, I will entertain a motion to exclude that expert's testimony.

Defendants' objections to Plaintiff's expert witnesses (Docket No. 150) are **OVERRULED** for the reasons stated at the conference. If Defendants wish to hold a Daubert hearing prior to trial, Defendants must make a showing at the next pretrial conference that such a hearing is necessary.

Defendants' Ex-Parte Motion to Enlarge Time to File Certain Trial Documents is **GRANTED.**

**2. EXHIBITS AND JURY INSTRUCTIONS**

The parties shall meet and confer in an effort to agree on exhibits and jury instructions consistent with the guidance given during the first pretrial conference.

///

///

3.   **LENGTH AND TIME OF TRIAL**

Rulings on the motion to continue and motion to withdraw are forthcoming.

Dated: September 27, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\PRETRIAL\FIRST PRETRIAL ORDER.wpd

3