# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC., | Case No. CV10-04880 BZ |
| Plaintiff, | |
| VS. | **ORDER GRANTING APPLICATION FOR ADMISSON OF ATTORNEY *PRO HAC VICE*** |
| FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC, | |
| Defendants. | |
| FRANK GHIORSO, | |
| Counter-Claimant, | |
| V. | |
| ATS PRODUCTS, INC.; LAWRENCE E. SHEA, individually and in his capacity as Trustee of the 1992 SHEA FAMILY TRUST; and SHEA TECHNOLOGY, LLC., | |
| Counter-Defendants. | |

Larry George, whose business address and telephone number is 1401 McKinney, Suite 1700, Houston, TX 77010, (713) 658-2323 and who is an active member in good standing of the bar of Texas and the United States Court of Appeals for the Fifth Circuit, having applied in the above-entitled action for admission to specially appear in the Northern District of California on a *pro hac vice* basis, representing non-parties Goran Haag and Champion Fiberglass, Inc., who are, respectively, the manager and member of Thermalguard, LLC, a defendant in the above-entitled action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

1  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
2  *vice*. Service of papers upon and communications with co-counsel designated in the application
3  will constitute notice to the party. All future fiings in this action are subject to the requirements
4  contained in General Order No. 45, *Electronic Case Filing*.
5
6  Dated: September 28, 2011
7
8  _____
   United States District Judge
   BERNARD ZIMMERMAN