UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS INC.,<br><br>      Plaintiff(s),<br><br>  v.<br><br>FRANK GHIORSO, THERMALGUARD TECHNOLOGY LLC, THERMALGUARD LLC,<br><br>      Defendant(s).<br>_____<br>FRANK GHIORSO,<br><br>      Counter-Claimant,<br><br>  v.<br><br>ATS PRODUCTS, INC.; LAWRENCE E. SHEA, individually and in his capacity as Trustee of the 1992 SHEA FAMILY TRUST; SHEA TECHNOLOGY, LLC, and HELEN SHEA.<br>_____ | No. C10-4880 BZ<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND CONTINUING TRIAL** |

**IT IS HEREBY ORDERED** as follows:

1. The motion of the law firm of Hopkins & Carley to withdraw as counsel of record for defendants Frank Ghiorso, Thermalguard Technology, LLC and Thermalguard, LLC and

1

counterclaimant Frank Ghiorso (Docket No. 125) (collectively defendants) is **GRANTED** on the following terms and conditions:

    a.   The Order relieving counsel is effective **October 17, 2011**, unless defendants earlier file a substitution of counsel.  Until they are relieved, counsel shall continue to accept service on behalf of defendants.

    b.   If new counsel does not appear by **October 17, 2011**, the Clerk will be instructed to enter the default of the Thermalguard defendants.  Ghiorso should be prepared to represent himself until such time as he finds counsel.

    2.   The motion to continue the trial is **GRANTED** as follows:

    a.   Jury trial will commence **November 28, 2011 at 8:30 a.m.**, in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    b.   A further pretrial conference is scheduled for **Tuesday, November 15, 2011, at 1:30 p.m.**, in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

    c.   The parties must complete the remaining expert depositions by **November 7, 2011.**

    d.   By **November 21, 2011**, the parties shall file one set of instructions to which they have jointly agreed and separate instructions on which they cannot agree.  The parties are reminded that only instructions that are warranted by the evidence will be given to the jury.  Their present task is to agree on instructions which correctly state the law. Objections to separate instructions shall be filed by **November**

30, 2011.

  e. By **November 1, 2011**, the parties shall file a set of exhibits as to which they have resolved all objections such that they can be admitted into evidence. Each party shall file any separate exhibits to which they cannot agree. Objections to those exhibits shall be filed by **November 8, 2011.** All objections will be resolved at the pretrial conference.

  f. If the parties agree to instructions and exhibits which have already been filed, they need not re-file them if they clearly indicate which they are, unless they conclude that a new set would be more convenient for Court and counsel.

Dated: October 11, 2011

              _____
                Bernard Zimmerman
              United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\ORDER GRANTING MOTION TO WITHDRAW.wpd