1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   ATS PRODUCTS INC.,              )
                                      )
12             Plaintiff(s),         )      No. C10-4880 BZ
                                      )
13        v.                          )
                                      )
14   FRANK GHIORSO, THERMALGUARD )
     TECHNOLOGY LLC, THERMALGUARD)          **AMENDED** ORDER GRANTING
15   LLC,                             )     **MOTION TO WITHDRAW AND**
                                      )     **CONTINUING TRIAL**
16             Defendant(s).         )
     _____)
17   FRANK GHIORSO,                   )
                                      )
18             Counter-Claimant,     )
                                      )
19        v.                          )
                                      )
20   ATS PRODUCTS, INC.; LAWRENCE)
     E. SHEA, individually and in)
21   his capacity as Trustee of   )
     the 1992 SHEA FAMILY TRUST; )
22   SHEA TECHNOLOGY, LLC, and       )
     HELEN SHEA.                      )
23                                    )
     _____)
24

25        **IT IS HEREBY ORDERED** as follows:

26        1.  The motion of the law firm of Hopkins & Carley to

27   withdraw as counsel of record for defendants Frank Ghiorso,

28   Thermalguard Technology, LLC and Thermalguard, LLC and

                                     1

1   counterclaimant Frank Ghiorso (Docket No. 125) (collectively

2   defendants) is **GRANTED** on the following terms and conditions:

3       a.   The Order relieving counsel is effective **October 17,**

4   **2011**, unless defendants earlier file a substitution of

5   counsel.   Until they are relieved, counsel shall continue to

6   accept service on behalf of defendants.

7       b.   If new counsel does not appear by **October 17, 2011**,

8   the Clerk will be instructed to enter the default of the

9   Thermalguard defendants.   Ghiorso should be prepared to

10  represent himself until such time as he finds counsel.

11      2.   The motion to continue the trial is **GRANTED** as

12  follows:

13      a.   Jury trial will commence **November 28, 2011 at**

14  **8:30 a.m.**, in Courtroom C, 15th Floor, Federal Building, 450

15  Golden Gate Avenue, San Francisco, California 94102.

16      b.   A further pretrial conference is scheduled for

17  **Tuesday, November 15, 2011, at 1:30 p.m.**, in Courtroom C, 15th

18  Floor, Federal Building, 450 Golden Gate Avenue, San

19  Francisco, California 94102.

20      c.   The parties must complete the remaining expert

21  depositions by **November 7, 2011**.

22      d.   By **November 1, 2011**, the parties shall file one set

23  of instructions to which they have jointly agreed and separate

24  instructions on which they cannot agree.   The parties are

25  reminded that only instructions that are warranted by the

26  evidence will be given to the jury.   Their present task is to

27  agree on instructions which correctly state the law.

28  Objections to separate instructions shall be filed by

1    **November 8, 2011.**

2       e.  By **November 1, 2011**, the parties shall file a set of

3 exhibits as to which they have resolved all objections such

4 that they can be admitted into evidence.  Each party shall

5 file any separate exhibits to which they cannot agree.

6 Objections to those exhibits shall be filed by **November 8,**

7 **2011.**  All objections will be resolved at the pretrial

8 conference.

9       f.  If the parties agree to instructions and exhibits

10 which have already been filed, they need not re-file them if

11 they clearly indicate which they are, unless they conclude

12 that a new set would be more convenient for Court and counsel.

13 Dated: October 17, 2011

14                                 _____

15                               Bernard Zimmerman
                        United States Magistrate Judge

16

17 G:\BZALL\-BZCASES\ATS V. GHIORSO\AMENDED ORDER GRANTING MOTION TO WITHDRAW.wpd

18

19

20

21

22

23

24

25

26

27

28