```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                    NORTHERN DISTRICT OF CALIFORNIA
10
11  ATS PRODUCTS INC.,           )
                                 )
12           Plaintiff(s),       )    No. C10-4880 BZ
                                 )
13       v.                      )
                                 )
14  FRANK GHIORSO, THERMALGUARD  )
    TECHNOLOGY LLC, THERMALGUARD )    AMENDED ORDER GRANTING
15  LLC,                         )    MOTION TO WITHDRAW AND
                                 )    CONTINUING TRIAL
16           Defendant(s).       )
                                 )
17  FRANK GHIORSO,               )
                                 )
18           Counter-Claimant,   )
                                 )
19       v.                      )
                                 )
20  ATS PRODUCTS, INC.; LAWRENCE )
    E. SHEA, individually and in)
21  his capacity as Trustee of   )
    the 1992 SHEA FAMILY TRUST;  )
22  SHEA TECHNOLOGY, LLC, and    )
    HELEN SHEA.                  )
23                               )
```

**IT IS HEREBY ORDERED** as follows:

1. The motion of the law firm of Hopkins & Carley to withdraw as counsel of record for defendants Frank Ghiorso, Thermalguard Technology, LLC and Thermalguard, LLC and

1

1  counterclaimant Frank Ghiorso (Docket No. 125) (collectively
2  defendants) is **GRANTED** on the following terms and conditions:
3       a.   The Order relieving counsel is effective **October 17,**
4  **2011**, unless defendants earlier file a substitution of
5  counsel.  Until they are relieved, counsel shall continue to
6  accept service on behalf of defendants.
7       b.   If new counsel does not appear by **October 17, 2011**,
8  the Clerk will be instructed to enter the default of the
9  Thermalguard defendants.  Ghiorso should be prepared to
10 represent himself until such time as he finds counsel.
11      2.   The motion to continue the trial is **GRANTED** as
12 follows:
13      a.   Jury trial will commence **November 28, 2011 at**
14 **8:30 a.m.**, in Courtroom C, 15th Floor, Federal Building, 450
15 Golden Gate Avenue, San Francisco, California 94102.
16      b.   A further pretrial conference is scheduled for
17 **Tuesday, November 15, 2011, at 1:30 p.m.**, in Courtroom C, 15th
18 Floor, Federal Building, 450 Golden Gate Avenue, San
19 Francisco, California 94102.
20      c.   The parties must complete the remaining expert
21 depositions by **November 7, 2011.**
22      d.   By **November 1, 2011**, the parties shall file one set
23 of instructions to which they have jointly agreed and separate
24 instructions on which they cannot agree.  The parties are
25 reminded that only instructions that are warranted by the
26 evidence will be given to the jury.  Their present task is to
27 agree on instructions which correctly state the law.
28 Objections to separate instructions shall be filed by

**November 8, 2011.**

    e. By **November 1, 2011**, the parties shall file a set of exhibits as to which they have resolved all objections such that they can be admitted into evidence.  Each party shall file any separate exhibits to which they cannot agree.  Objections to those exhibits shall be filed by **November 8, 2011.**  All objections will be resolved at the pretrial conference.

    f.  If the parties agree to instructions and exhibits which have already been filed, they need not re-file them if they clearly indicate which they are, unless they conclude that a new set would be more convenient for Court and counsel.

Dated: October 17, 2011

                                         Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\AMENDED ORDER GRANTING MOTION TO WITHDRAW.wpd