1 | MARC L. SHEA, ESQ., State Bar No. 087712
  | KEVIN R. ELLIOTT, ESQ., State Bar No. 276295
2 | SHEA & McINTYRE, A P.C.
  | 2166 The Alameda
3 | San Jose, CA 95126-1144
  | [408] 298-6611
4 | [408] 275-0814 Facsimile

5 | Attorneys for Plaintiff
  | ATS PRODUCTS, INC. and
6 | all Counter-Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NORTHERN CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ATS PRODUCTS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK GHIORSO; THERMALGUARD TECHNOLOGY, LLC; THERMALGUARD, LLC,<br><br>　　　　Defendants.<br><br>FRANK GHIORSO,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>ATS PRODUCTS, INC.; LAWRENCE E. SHEA, individually and in his capacity as Trustee of the 1992 SHEA FAMILY TRUST; and SHEA TECHNOLOGY, LLC,<br><br>　　　　Counter-Defendants. | Case No. CV10-04880 BZ<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANTS' RENEWED ADMINISTRATIVE APPLICATION TO SEAL PORTIONS OF DOCKET NUMBERS 144 & 149<br><br>Dept: Courtroom C, 15th Floor<br>Judge: Hon. Bernard Zimmerman |

　　　　Based on Plaintiff and Counter-Defendants' Renewed Administrative Application to Seal, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

　　　　1) Pages 5/35 through 28/35 of the document filed on September 19, 2011 as docket

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANTS' RENEWED
ADMINISTRATIVE APPLICATION TO SEAL PORTIONS OF DOCKET NUMBERS 144 & 149
CASE NO. CV 10-04880 (BZ)
1

1  number 144, titled "DEFENDANTS FRANK GHIORSO, THERMALGUARD
2  TECHNOLOGY, LLC, THERMALGUARD, LLC, AND COUNTER-CLAIMANT FRANK
3  GHIORSO'S PLAINTIFF'S PROPOSED GENERAL VERDICT FORM AND PROPOSED
4  SPECIAL VERDICT FORM FOR MISAPPROPRIATION CAUSE OF ACTION" be filed under
5  seal and that the redacted copy attached to the Declaration of Kevin R. Elliott as Exhibit "B" be
6  placed in the public court file in the place of the document currently listed on this court's docket.

7      2) Pages 30/114 through 32/114 of the document filed on September 19, 2011 as docket
8  number 149, titled "DEFENDANTS FRANK GHIORSO, THERMALGUARD
9  TECHNOLOGY, LLC, THERMALGUARD, LLC, AND COUNTER-CLAIMANT FRANK
10 GHIORSO'S OBJECTIONS TO PLAINTIFF'S PROPOSED JURY INSTRUCTIONS" be filed
11 under seal and that the redacted copy attached to the Declaration of Kevin R. Elliott as Exhibit
12 "C" be placed in the public court file in the place of the document currently listed on this court's
13 docket.

14     It is so ORDERED.

15
16 Dated: 10/18/2011

                                            Hon. Bernard Zimmerman
17                                             United States Magistrate Judge

C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\Prop Order re Appl to seal 144 & 149.wpd

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

[PROPOSED] ORDER GRANTING PLAINTIFF AND COUNTER-DEFENDANTS' RENEWED ADMINISTRATIVE APPLICATION TO SEAL PORTIONS OF DOCKET NUMBERS 144 & 149
CASE NO. CV 10-04880 (BZ)
2