UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS INC., <br><br>      Plaintiff(s),<br><br>  v.<br><br>FRANK GHIORSO, THERMALGUARD TECHNOLOGY LLC, THERMALGUARD LLC,<br><br>      Defendant(s).<br><br>FRANK GHIORSO,<br><br>      Counter-Claimant,<br><br>  v.<br><br>ATS PRODUCTS, INC.; LAWRENCE E. SHEA, individually and in his capacity as Trustee of the 1992 SHEA FAMILY TRUST; SHEA TECHNOLOGY, LLC, and HELEN SHEA. | No. C10-4880 BZ<br><br>**PRETRIAL PREPARATION ORDER** |

    The parties are hereby **ORDERED** to be prepared to discuss the imposition of time limits for the upcoming trial.  Each side shall prepare an estimate of the total cumulative number

///

1

of hours it needs for its direct and cross-examination of all witnesses.

Dated: November 15, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\PRETRIAL PREPARATION ORD.wpd

2