1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ATS PRODUCTS INC.,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>FRANK GHIORSO, THERMALGUARD TECHNOLOGY LLC, THERMALGUARD LLC,<br><br>　　　　Defendant(s).<br>──────────────────────<br>FRANK GHIORSO,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>ATS PRODUCTS, INC.; LAWRENCE E. SHEA, individually and in his capacity as Trustee of the 1992 SHEA FAMILY TRUST; SHEA TECHNOLOGY, LLC, and HELEN SHEA.<br>──────────────────────| )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. C10-4880 BZ<br><br><br><br>**FINAL PRETRIAL ORDER** |
|---|---|---|

　　The final pretrial conference in this case was held on November 15, 2011. Plaintiff was represented at the conference by Marc L. Shea, Esq., John McIntyre, Esq. and Kevin Elliot, Esq. Defendants were represented by Bruce D.M.

1

Prescott, Esq. and Daphne C. Lin, Esq.

This Order and the First Pretrial Order shall control the subsequent conduct of the case and be modified only to prevent manifest injustice. See Fed. R. Civ. P. 16(e).

## 1. LENGTH AND TIME OF TRIAL

Trial shall begin on **Monday, November 28, 2011 at 8:15 a.m.** in **Courtroom D**, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The regular trial schedule is as follows: **8:30 a.m. - 1:30 p.m.**

Plaintiff shall be prepared to call witnesses **Monday, November 28, 2011**. Each side shall schedule witnesses to avoid any interruption in the presentation of testimony. Plaintiff shall have **17 hours** to present evidence. Defendant shall have **13 hours**.

## 2. VOIR DIRE

Any objections to the voir dire questions distributed at the conference, or requests for additional questions, shall be filed by **November 22, 2011**.

## 3. EXHIBITS AND EVIDENCE

Witnesses shall be sequestered. Exhibits shall not be a part of the record or go to the jury unless sponsored by a witness or otherwise brought to the jury's attention. The parties must lodge the original and one copy of the entire transcript of all depositions they anticipate using at trial by the start of trial. The parties must meet and confer in an attempt to reduce the number of proposed exhibits and to resolve their respective objections consistent with the guidance provided at the pretrial conference. If the parties

are unable to resolve their objections, they shall notify the court by no later than **12:00 p.m. on Friday, November 18, 2011** if they require another conference, which will then be held on **Monday, November 21, 2011 at 1:30 p.m.**, as necessary. The parties shall also consider whether any testimony relates solely to equitable issues and should be heard outside the presence of the jury.

**4. JURY INSTRUCTIONS**

Rulings on the instructions were made on the record at the pretrial conference. The court will distribute a proposed set of jury instructions. Final instructions will be driven by the evidence and will be settled shortly before the jury is to be instructed.

Defendants shall submit to the court no later than **November 22, 2011** any authority they have regarding whether the jury may consider equitable defenses to non-equitable claims for relief.

**6. MISCELLANEOUS**

The parties shall meet and confer on the unsealing of all documents needed for trial and shall inform the court of how they propose to resolve sealing issues by **November 22, 2011**. The parties must also notify one another by no later than **November 22, 2011** of which witnesses they intend to call by video. Any party who desires a transcript of the trial must make arrangements with the Court Services Coordinator, Debra Campbell. Any party who needs an interpreter or audio or visual equipment shall make its own arrangements for same and clear all such equipment with court security personnel. For

3

1  any equipment the parties seek to bring into Court, they shall
2  file a proposed order seeking permission to do so.  The
3  parties shall notify the Court **immediately** if this action
4  should settle before the commencement of trial.
5  **IT IS SO ORDERED.**
6  Dated: November 15, 2011

　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

10  G:\BZALL\-BZCASES\ATS V. GHIORSO\SECOND PRETRIAL\FINAL PRETRIAL ORDER.wpd