UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS Products, Inc., | Case No. C10-4880 BZ |
| Plaintiff(s), | |
| v. | **REFRESHMENT ORDER** |
| Frank Ghiorso, et al., | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries to be delivered no later than 8:00 a.m. for the eight (8) members of the jury in the above-entitled matter beginning **Tuesday, November 29, 2011**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: November 28, 2011

BERNARD ZIMMERMAN
U.S. MAGISTRATE JUDGE