**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6
7   ATS Products, Inc.,                     Case No. C10-4880  BZ
8              Plaintiff(s),
9        v.                              **REFRESHMENT ORDER**
10   Frank Ghiorso, et al.,
11             Defendant(s).
                                                          /
12   _____
13        IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall
14   furnish daily morning refreshments and pastries to be delivered no later than 8:00 a.m. for the eight
15   (8) members of the jury in the above-entitled matter beginning **Tuesday, November 29, 2011**, for
16   the duration of the trial, and lunch during jury deliberations, at the expense of the United States.
17   The trial will be held in Courtroom D, 15th Floor, 450 Golden Gate Avenue, San Francisco,
18   California 94102.
19        IT IS SO ORDERED.
20
21   Dated: November 28, 2011
22
23                              _____
                                BERNARD ZIMMERMAN
24                              U.S. MAGISTRATE JUDGE
25
26
27
28