UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS INC., | )<br>) |
| Plaintiff(s), | ) No. C10-4880 BZ<br>) |
| v. | )<br>) |
| FRANK GHIORSO, THERMALGUARD TECHNOLOGY LLC, THERMALGUARD LLC, | )<br>)<br>) |
| Defendant(s). | ) **ORDER RE FURTHER FILINGS**<br>) |
| FRANK GHIORSO, | )<br>) |
| Counter-Claimant, | )<br>) |
| v. | )<br>) |
| ATS PRODUCTS, INC.; LAWRENCE E. SHEA, individually and in his capacity as Trustee of the 1992 SHEA FAMILY TRUST; SHEA TECHNOLOGY, LLC, and HELEN SHEA. | )<br>)<br>)<br>)<br>)<br>)<br>) |

**IT IS HEREBY ORDERED** that the parties shall submit proposed findings and conclusions with respect to the issues to be tried by the Court by **Monday, December 5, 2011.** A chambers copy shall be submitted on a diskette formatted in

1

WordPerfect or e-mailed to the following address:

**bzpo@cand.uscourts.gov**

**IT IS FURTHER ORDERED** that by that date, plaintiff shall submit a revised version of CACI Nos. 4401-2.

Dated: December 1, 2011

                                             Bernard Zimmerman
                                 United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\ORDER RE PROPOSED FINDINGS AND CONCLUSIONS.wpd

2