```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


ATS PRODUCTS INC.,              )
                                )
          Plaintiff(s),         )    No. C10-4880 BZ
                                )
     v.                         )
                                )
FRANK GHIORSO, THERMALGUARD     )
TECHNOLOGY LLC, THERMALGUARD    )
LLC,                            )
                                )
          Defendant(s).         )    ORDER RE FURTHER FILINGS
                                )
FRANK GHIORSO,                  )
                                )
          Counter-Claimant,     )
                                )
     v.                         )
                                )
ATS PRODUCTS, INC.; LAWRENCE    )
E. SHEA, individually and in    )
his capacity as Trustee of      )
the 1992 SHEA FAMILY TRUST;     )
SHEA TECHNOLOGY, LLC, and       )
HELEN SHEA.                     )
                                )
                                )
```

**IT IS HEREBY ORDERED** that the parties shall submit proposed findings and conclusions with respect to the issues to be tried by the Court by **Monday, December 5, 2011**. A chambers copy shall be submitted on a diskette formatted in

1

1  WordPerfect or e-mailed to the following address:

2  **bzpo@cand.uscourts.gov**

3       **IT IS FURTHER ORDERED** that by that date, plaintiff shall

4  submit a revised version of CACI Nos. 4401-2.

5  Dated: December 1, 2011

6                              _____
                                     Bernard Zimmerman
7                              United States Magistrate Judge

8
   G:\BZALL\-BZCASES\ATS V. GHIORSO\ORDER RE PROPOSED FINDINGS AND CONCLUSIONS.wpd
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28