UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS INC., )<br>)<br>　　　　Plaintiff(s), )<br>)<br>　　v. )<br>)<br>FRANK GHIORSO, THERMALGUARD )<br>TECHNOLOGY LLC, THERMALGUARD)<br>LLC, )<br>)<br>　　　　Defendant(s). )<br>_____)<br>FRANK GHIORSO, )<br>)<br>　　　　Counter-Claimant, )<br>)<br>　　v. )<br>)<br>ATS PRODUCTS, INC.; LAWRENCE)<br>E. SHEA, individually and in)<br>his capacity as Trustee of )<br>the 1992 SHEA FAMILY TRUST; )<br>SHEA TECHNOLOGY, LLC, and )<br>HELEN SHEA. )<br>)<br>_____) | No. C10-4880 BZ<br><br>**HEARING ORDER** |

    It is hereby **ORDERED** that in connection with the hearing presently scheduled for Monday, December 19, 2011 at 1:30 p.m. in Courtroom C, the parties shall proceed as follows:

    1.    In light of the jury's verdict, Plaintiff shall by

1

|   |   |
|---|---|
| 1 | **noon** on **Friday, December 16, 2011**, reaffirm for |
| 2 | which of its claimed remaining trade secrets it |
| 3 | still seeks equitable relief. |
| 4 | 2. The parties shall be prepared to discuss in specific |
| 5 | detail, with references to the transcript as |
| 6 | necessary, the evidence which each party contends |
| 7 | supports its position on the remaining claimed trade |
| 8 | secrets. |

Dated: December 12, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\SECOND TRIAL\Hearing Order