UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATS PRODUCTS INC., ) </br>    ) </br>    Plaintiff(s), ) </br>    ) </br>    v. ) </br>    ) </br> FRANK GHIORSO, THERMALGUARD ) </br> TECHNOLOGY LLC, THERMALGUARD ) </br> LLC, ) </br>    ) </br>    Defendant(s). ) </br>_____ ) </br> FRANK GHIORSO, ) </br>    ) </br>    Counter-Claimant, ) </br>    ) </br>    v. ) </br>    ) </br> ATS PRODUCTS, INC.; LAWRENCE ) </br> E. SHEA, individually and in ) </br> his capacity as Trustee of ) </br> the 1992 SHEA FAMILY TRUST; ) </br> SHEA TECHNOLOGY, LLC, and ) </br> HELEN SHEA. ) </br>    ) </br>_____ ) | No. C10-4880 BZ </br></br> **HEARING ORDER** |

  It is hereby **ORDERED** that in connection with the hearing presently scheduled for Monday, December 19, 2011 at 1:30 p.m. in Courtroom C, the parties shall proceed as follows:

  1.  In light of the jury's verdict, Plaintiff shall by

1

noon on **Friday, December 16, 2011**, reaffirm for which of its claimed remaining trade secrets it still seeks equitable relief.

2. The parties shall be prepared to discuss in specific detail, with references to the transcript as necessary, the evidence which each party contends supports its position on the remaining claimed trade secrets.

Dated: December 12, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\SECOND TRIAL\Hearing Order