```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


ATS PRODUCTS INC.,              )
                                )
        Plaintiff(s),            )    No. C10-4880 BZ
                                )
   v.                           )    ORDER TO PAY ADDITIONAL
                                )    ATTENDANCE FEE
FRANK GHIORSO, THERMALGUARD     )
TECHNOLOGY LLC, THERMALGUARD    )
LLC,                            )
                                )
        Defendant(s).           )
_____)
FRANK GHIORSO,                  )
                                )
        Counter-Claimant,       )
                                )
   v.                           )
                                )
ATS PRODUCTS, INC.; LAWRENCE    )
E. SHEA, individually and in    )
his capacity as Trustee of      )
the 1992 SHEA FAMILY TRUST;     )
SHEA TECHNOLOGY, LLC, and       )
HELEN SHEA.                     )
                                )
_____)
```

   In accordance with 28 U.S.C. § 1871(b)(2), petit jurors required to attend more than ten days in hearing one case may be paid, in the discretion of the trial judge, an additional fee, not exceeding $10.00 more than the $40.00 attendance fee,

1

for each day in excess of ten days on which the juror is required to hear such case.

Therefore, IT IS HEREBY ORDERED that each member of the jury hearing the above case shall receive a total attendance fee of $50.00 per day for each day of service in excess of ten days.

**IT IS SO ORDERED.**

Dated: 13 Dec 11

Bernard Zimmerman
United States Magistrate Judge

2