UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ATS PRODUCTS INC., <br> Plaintiff(s), <br> v. <br> FRANK GHIORSO, THERMALGUARD TECHNOLOGY LLC, THERMALGUARD LLC, <br> Defendant(s). | No. C10-4880 BZ <br><br> **BRIEFING ORDER** |

Plaintiff having filed a Motion to Retax Costs **IT IS ORDERED** that defendants shall file their opposition by **March 23, 2012**. Any reply shall be filed by **March 28, 2012**. The Court will schedule a hearing if necessary. The hearing presently scheduled for **April 18, 2012** is **VACATED**.

Dated: March 19, 2012

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ATS V. GHIORSO\BREIFING ORDER RE MOTION RETAX COSTS.wpd

1