1  MARC L. SHEA, ESQ., State Bar No. 087712
   KEVIN R. ELLIOTT, ESQ., State Bar No. 276295
2  SHEA & McINTYRE, A P.C.
   2166 The Alameda
3  San Jose, CA 95126-1144
   [408] 298-6611
4  [408] 275-0814 Facsimile

5  Attorneys for Plaintiff
   ATS PRODUCTS, INC. and
6  all Counter-Defendants

7

8                    UNITED STATES DISTRICT COURT
9
           DISTRICT OF NORTHERN CALIFORNIA – SAN FRANCISCO DIVISION
10

11
   ATS PRODUCTS, INC.,                    ] Case No. CV10-04880 BZ
12                                         ]
              Plaintiff,                   ] [PROPOSED] ORDER GRANTING
13                                         ] PLAINTIFF'S MOTION FOR
       v.                                  ] PROTECTIVE ORDER DURING
14                                         ] TRIAL
   FRANK GHIORSO; THERMALGUARD            ]
15 TECHNOLOGY, LLC; THERMALGUARD,          ] Dept:  Courtroom C, 15th Floor
   LLC,                                    ] Judge: Hon. Bernard Zimmerman
16                                         ]
              Defendants.                  ]
17 _____ ] Trial Date: November 28, 2011
                                           ] Time:       8:30 a.m.
18 AND RELATED COUNTER-CLAIM.              ]
                                           ]
19 _____ ]

20     Plaintiff's Motion for a Protective Order During Trial, filed November 22, 2011 as

21 Docket Nos. 208 through 208-4, was considered by the Court, the Honorable Bernard

22 Zimmerman, United States Magistrate Judge, presiding, on November 28, 2011, after the jury

23 was impaneled and opening statements made, but before evidence was opened before the jury.

24 Plaintiff and counter-defendants appeared by and through Marc L. Shea. Defendant and Counter-

25 claimant appeared by and through Bruce Prescott. The Court conducted a hearing outside the

26 presence of the jury (Reporter's Transcript, pp. 160 -215). Having reviewed the papers

27 submitted by the parties, received testimony, and considered the arguments of Counsel, and for

28 good cause shown, the Court entered orders on the record, which are summarized below,

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER DURING TRIAL
CASE NO. CV 10-04880 (BZ)
1

effective as of November 28, 2011:

    1.    The Court finds the information claimed by the Plaintiff to be trade secret is worthy of protection during trial. There is a very minimal public interest in the information claimed to be trade secret. The information concerns a private dispute between the parties, and the information would not be of interest to members of the public generally, other than to competitors of plaintiff ATS Products, Inc. and of defendants.

    2.    The Court finds the information sought to be sealed may contain trade secret information. Plaintiff has made preliminary showings that: it makes efforts to maintain the confidentiality of the information; the information is not readily available to the public, and much of it is not available at all; the information is not generally known in the industry; and if the information were to become public it would enable potential competitors to step in and make the products that Plaintiff believes only it now makes. Furthermore, the Court finds there is no overriding public interest is the information sought to be placed under seal.

    3.    The Court finds that the Plaintiff has met its burden of showing that a particularized harm may result from disclosure of this information to the public. In balancing the public and private interests, the Court doesn't find there is any overriding public interest in the disclosure of this sort of proprietary information.

    4.    The jury was admonished at the outset of trial and will be admonished at the end of trial that if they find certain information to be trade secret they are to keep that information confidential.

    5.    If a member of the public enters the courtroom during trial and alleged trade secret information is being discussed or is currently on the projection screen, the courtroom will be placed under seal and they will be asked to leave and the trial will proceed under seal. If a member of the public enters the courtroom and alleged trade secret information is not being discussed or being placed on the projection screen then the individual may remain in the courtroom until such time that said information is discussed or displayed.

    6.    The trial transcripts will remain under seal until such time after trial that certain information may be ordered unsealed. Until further ordered by the Court, the reporter will not

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER DURING TRIAL
CASE NO. CV 10-04880 (BZ)
2

publish the transcript online or otherwise disclose it to anyone but the litigants, counsel, the Court, and court staff.

7. The trial exhibits entered into evidence at trial will be placed under seal until such time after trial that certain exhibits may be ordered unsealed.

8. Counsel and the parties are ordered to inform the Court when a member of the public enters the courtroom and request the Court to seal the courtroom if alleged trade secret information is being discussed at the time in question.

9. The Clerk shall maintain a copy of this order with the trial exhibits and trial transcripts.

10. Counsel, the parties, and court staff are ordered to act consistently with the Court's findings.

**IT IS SO ORDERED.**

_____
HON. BERNARD ZIMMERMAN
United States Magistrate Judge

Read and Approved:

_____
Bruce Prescott, Esq., Attorney for
Defendants and Counter-claimant

*Denied as Moot*
*[signature] Bernard Zimmerman*

Y:\a\ATS v Ghiorso\Pldg\Protective order after hearing\Prop Protective Order r1.wpd

DATED: 4/5/2012

**DENIED**
[signature] Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHEA & McINTYRE, A P.C.
2166 The Alameda
San Jose, CA 95126
[408] 298-6611 Telephone
[408] 275-0814 Facsimile

ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER DURING TRIAL
CASE NO. CV 10-04880 (BZ)
3